ORIGINAL

FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (SB# 165493, mkelleher@flk.com)
Julie L. Fieber (SB# 202857, jfieber@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

BREALL & BREALL
Joseph M. Breall (CSB No. 124329,
jmbreall@breallaw.com)
1255 Post Street, Suite 800
San Francisco, CA 94109

Telephone: (415) 345-0545
Attorneys for Plaintiffs

FILED
07 OCT 26 PM 12:52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LOUIS ROVENS, ADRIENNE ROVENS and THE MICHAEL W. ROVENS AND ELISE D. SHANFELD IRREVOCABLE TRUST, by and through Raymond Bregante and Jeffrey M. White, trustees,<br><br>Plaintiffs,<br><br>v.<br><br>THEODORE BROWN & PARTNERS, INC.<br><br>Defendants. | Case No. 73<br><br>**NOTICE OF INTERESTED PARTIES (CIVIL L.R. 3-16)** |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October 26, 2007

FOLGER LEVIN & KAHN LLP

Julie L. Fieber
Attorneys for Plaintiffs

72015\2004\573132.1