1  FOLGER LEVIN & KAHN LLP
   Michael F. Kelleher (CSB No. 165493, mkelleher@flk.com)
2  Julie L. Fieber (CSB No. 202857, jfieber@flk.com)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA  94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   BREALL & BREALL
6  Joseph M. Breall (CSB No. 124329, jmbreall@breallaw.com)
   1255 Post Street, Suite 800
7  San Francisco, CA 94109
   Telephone:  (415) 345-0545
8
   Attorneys for Plaintiffs
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13

14  LOUIS ROVENS, ADRIENNE ROVENS,        Case No. 07-05473-CRB
    and RAYMOND BREGANTE and
15  JEFFREY M. WHITE as Trustees of the   **PROOF OF SERVICE**
    Michael W. Rovens and Elise D. Shanfeld
16  Irrevocable Trust,

17              Plaintiffs,

18         v.

19  THEODORE BROWN & PARTNERS,
    INC.
20
                Defendant.
21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2

I, Wendy L. Harrison, state:

3

My business address is Embarcadero Center West, 275 Battery Street, 23rd Floor, San
Francisco, California 94111. I am over the age of eighteen years and not a party to this action.

4

5

On the date set forth below, I served the foregoing document(s) described as:

6

**FIRST AMENDED COMPLAINT FOR DECLARATORY
RELIEF OF NON-INFRINGEMENT OF COPYRIGHT**

7

on the following person(s) in this action:

8

9

10

Gregory Ryken
Tobin & Tobin
500 Sansome Street
San Francisco, CA 94104

11

12

13

14

15

☐    BY FIRST CLASS MAIL: I am employed in the City and County of San
Francisco where the mailing occurred. I enclosed the document(s) identified
above in a sealed envelope or package addressed to the person(s) listed above,
with postage fully paid. I placed the envelope or package for collection and
mailing, following our ordinary business practice. I am readily familiar with this
firm's practice for collecting and processing correspondence for mailing. On the
same day that correspondence is placed for collection and mailing, it is deposited
in the ordinary course of business with the United States Postal Service.

16

17

☐    BY MESSENGER SERVICE: I served the document(s) identified above by
placing them in an envelope or package addressed to the person(s) listed above and
providing them to a professional messenger service for service. A declaration of
personal service by the messenger is attached.

18

19

20

21

☒    BY OVERNIGHT DELIVERY: I enclosed the document(s) identified above in a
sealed envelope or package addressed to the person(s) listed above, in an envelope
or package designated by the overnight delivery carrier with delivery fees paid or
provided for. I placed the envelope or package for collection and overnight
delivery at an office or a regularly utilized drop box of the overnight delivery
carrier, or by delivering to a courier or driver authorized by the overnight delivery
carrier to receive documents.

22

23

24

☐    BY FACSIMILE: Based on an agreement of the parties to accept service by
facsimile transmission, I faxed the document(s) identified above to the person(s) at
the fax number(s) listed above. The transmission was reported complete and
without error. I have attached a copy of the transmission report that was issued by
the facsimile machine.

25

26

27

☐    BY ELECTRONIC MAIL: Based on a court order or an agreement of the parties
to accept service by electronic mail, I caused the document(s) identified above to
be transmitted electronically to the person(s) at the e-mail address(es) listed above.
I did not receive, within a reasonable time after the transmission, any electronic
message or other indication that the transmission was unsuccessful.

28

1    I declare under penalty of perjury under the laws of the United States and the State of
California that the foregoing is true and correct.

2

3    Executed on October 29, 2007, at San Francisco, California.

4

5    _Wendy Harrison_

6    Wendy L. Harrison

7    72015\2004\573681.1
10/29/07 02:57 PM

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28