# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Louis Rovens, Adrienne Rovens and the Michael W. Rovens and Elise D. Shanfeld Irrevocable Trust, by and through Raymond Bregante and Jeffrey M. White, trustees

V.

Theodore Brown & Partners, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07 5473 CRB

TO: (Name and address of defendant)

Theodore Brown & Partners, Inc.
c/o Theodore W. Brown, President
1620 Montgomery Street, Suite 320
San Francisco, CA 94111

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael F. Kelleher (CSB No. 165493)
Folger, Levin & Kahn LLP
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
(415) 986-2800

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

ANNA SPRINKLES

DATE October ___, 2007

OCT 2 6 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE October 29, 2007 |
| Name of SERVER Julie L. Fieber | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
Served upon Gregory Ryken, attorney for defendant, by Federal Express pursuant to stipulation in lieu of personal service.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   October 29, 2007
                      Date

Signature of Server

Folger Levin & Kahn LLP
Address of Server
275 Battery Street, 23rd Floor
San Francisco, CA 94111

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure