| | |
|---|---|
| 1 | FOLGER LEVIN & KAHN LLP |
| | Michael F. Kelleher (CSB No. 165493, mkelleher@flk.com) |
| 2 | Julie L. Fieber (CSB No. 202857, jfieber@flk.com) |
| | Embarcadero Center West |
| 3 | 275 Battery Street, 23rd Floor |
| | San Francisco, CA  94111 |
| 4 | Telephone: (415) 986-2800 |
| | Facsimile: (415) 986-2827 |
| 5 | |
| | BREALL & BREALL |
| 6 | Joseph M. Breall (CSB No. 124329, jmbreall@breallaw.com) |
| | 1255 Post Street, Suite 800 |
| 7 | San Francisco, CA 94109 |
| | Telephone:  (415) 345-0545 |
| 8 | |
| | Attorneys for Plaintiffs |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUIS ROVENS, ADRIENNE ROVENS, and RAYMOND BREGANTE and JEFFREY M. WHITE as Trustees of the Michael W. Rovens and Elise D. Shanfeld Irrevocable Trust, | Case No. 07-05473-CRB |
| | **PROOF OF SERVICE** |
| Plaintiffs, | |
| v. | |
| THEODORE BROWN & PARTNERS, INC. | |
| Defendant. | |

**PROOF OF SERVICE**

I, Julie L. Fieber, state:

My business address is Embarcadero Center West, 275 Battery Street, 23rd Floor, San Francisco, California 94111. I am over the age of eighteen years and not a party to this action.

On October 26, 2007, I served the foregoing document(s) described as:

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
**NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**
**NOTICE OF INTERESTED PARTIES**
**CIVIL COVER SHEET**
**ELECTRONIC CASE FILING REGISTRATION INFORMATION HANDOUT**

on the following person(s) in this action:

> Gregory Ryken
> Tobin & Tobin
> 500 Sansome Street
> San Francisco, CA 94104

☐   BY FIRST CLASS MAIL: I am employed in the City and County of San Francisco where the mailing occurred. I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage fully paid. I placed the envelope or package for collection and mailing, following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

☐   BY MESSENGER SERVICE: I served the document(s) identified above by placing them in an envelope or package addressed to the person(s) listed above and providing them to a professional messenger service for service. A declaration of personal service by the messenger is attached.

☒   BY OVERNIGHT DELIVERY: I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, in an envelope or package designated by the overnight delivery carrier with delivery fees paid or provided for. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier, or by delivering to a courier or driver authorized by the overnight delivery carrier to receive documents.

☐   BY FACSIMILE: Based on an agreement of the parties to accept service by facsimile transmission, I faxed the document(s) identified above to the person(s) at the fax number(s) listed above. The transmission was reported complete and without error. I have attached a copy of the transmission report that was issued by

the facsimile machine.

☐   BY ELECTRONIC MAIL: Based on a court order or an agreement of the parties to accept service by electronic mail, I caused the document(s) identified above to be transmitted electronically to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on November 12, 2007, at San Francisco, California.

_____
Julie L. Fieber

81052\2001\575638.1
11/12/07 10:29 AM