1  FOLGER LEVIN & KAHN LLP
   Michael F. Kelleher (CSB No. 165493, mkelleher@flk.com)
2  Julie L. Fieber (CSB No. 202857, jfieber@flk.com)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA  94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   BREALL & BREALL
6  Joseph M. Breall (CSB No. 124329, jmbreall@breallaw.com)
   1255 Post Street, Suite 800
7  San Francisco, CA  94109
   Telephone: (415) 345-0545
8
   Attorneys for Plaintiffs
9

10                       UNITED STATES DISTRICT COURT
11                      NORTHERN DISTRICT OF CALIFORNIA
12                            SAN FRANCISCO DIVISION
13

| LOUIS ROVENS, ADRIENNE ROVENS, and RAYMOND BREGANTE and JEFFREY M. WHITE as Trustees of the Michael W. Rovens and Elise D. Shanfeld Irrevocable Trust,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THEODORE BROWN & PARTNERS, INC.,<br><br>　　　　　Defendant. | Case No. 07-05473-CRB<br><br>**STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER PLAINTIFFS' COMPLAINT**<br><br>Local Rule 6-1(a) |
|---|---|

   WHEREAS Defendant's response to the complaint is currently due on November 19, 2007, and Defendant, through its counsel Paul Gaspari of Tobin & Tobin, has requested an extension to December 19, 2007;

   WHEREAS Plaintiffs agree to the requested extension on the condition that Defendants file an answer to the complaint and not a motion to challenge or dismiss the complaint;

   WHEREAS Defendants have agreed that it will answer and will not file a motion to challenge or dismiss the complaint;

1  WHEREAS the agreed extension will not affect any court deadlines for the case;

2  THEREFORE, the parties hereby stipulate that the Defendant's time for filing an answer

3  to the complaint shall be extended through and including December 19, 2007.

Dated: November 19, 2007                    FOLGER LEVIN & KAHN LLP

/s/ Michael F. Kelleher
Michael F. Kelleher
Attorneys for Plaintiffs

Dated: November 19, 2007                    TOBIN & TOBIN

/s/ Paul E. Gaspari
Paul E. Gaspari
Attorneys for Defendant

81052\2001\576379.1

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-2-

STIPULATION EXTENDING DEFENDANT'S TIME TO
ANSWER PLAINTIFFS' COMPLAINT;
CASE NO. 07-05473-CRB