1  FOLGER LEVIN & KAHN LLP
   Michael F. Kelleher (CSB No. 165493, mkelleher@flk.com)
2  Julie L. Fieber (CSB No. 202857, jfieber@flk.com)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA 94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   BREALL & BREALL
6  Joseph M. Breall (CSB No. 124329, jmbreall@breallaw.com)
   1255 Post Street, Suite 800
7  San Francisco, CA 94109
   Telephone: (415) 345-0545
8
   Attorneys for Plaintiffs
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| LOUIS ROVENS, ADRIENNE ROVENS, and RAYMOND BREGANTE and JEFFREY M. WHITE as Trustees of the Michael W. Rovens and Elise D. Shanfeld Irrevocable Trust, | Case No. 07-05473-CRB |
|---|---|
| Plaintiffs, | **STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER PLAINTIFFS' COMPLAINT** |
| v. | Local Rule 6-1(a) |
| THEODORE BROWN & PARTNERS, INC., | |
| Defendant. | |

WHEREAS Defendant's response to the complaint is currently due on November 19, 2007, and Defendant, through its counsel Paul Gaspari of Tobin & Tobin, has requested an extension to December 19, 2007;

WHEREAS Plaintiffs agree to the requested extension on the condition that Defendants file an answer to the complaint and not a motion to challenge or dismiss the complaint;

WHEREAS Defendants have agreed that it will answer and will not file a motion to challenge or dismiss the complaint;

1   WHEREAS the agreed extension will not affect any court deadlines for the case;

2   THEREFORE, the parties hereby stipulate that the Defendant's time for filing an answer to the complaint shall be extended through and including December 19, 2007.

Dated: November 19, 2007                    FOLGER LEVIN & KAHN LLP

/s/ Michael F. Kelleher
Michael F. Kelleher
Attorneys for Plaintiffs


Dated: November 19, 2007                    TOBIN & TOBIN

/s/ Paul E. Gaspari
Paul E. Gaspari
Attorneys for Defendant

81052\2001\576379.1

November 20, 2007

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA