ORIGINAL
FILED

07 DEC 19 PM 2: 52

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   TOBIN & TOBIN
    PAUL E. GASPARI, ESQ., SBN #76496
2   GREGORY J. RYKEN, ESQ., SBN #58199
    500 Sansome Street, 8th Floor
3   San Francisco, CA 94111-3211
    Telephone:   (415) 433-1400
4   Facsimile:   (415) 433-3883
    Email:  pgaspari@tobinlaw.com
5
    Attorneys for Defendant and Cross-Complainant,
6   THEODORE BROWN & PARTNERS, INC.,
    a California corporation.
7
                UNITED STATES DISTRICT COURT
8
                NORTHERN DISTRICT OF CALIFORNIA
9
                    SAN FRANCISCO DIVISION
10

11  LOUIS ROVENS, ADRIENNE ROVENS,          CASE No. 07-05473-CRB
    and RAYMOND BREGANTE and
12  JEFFREY M. WHITE as Trustees of the
    Michael W. Rovens and Elise Shanfeld     **COUNTERCLAIM FOR COPYRIGHT
13  Irrevocable Trust,                       INFRINGEMENT**

14              Plaintiffs,                   **DEMAND FOR JURY TRIAL**

15       v.

16  THEODORE BROWN & PARTNERS, INC.

17              Defendant.

18  THEODORE BROWN & PARTNERS,
    INC.,
19
                    Counter Claimant,
20
         vs.
21
    LOUIS ROVENS, ADRIENNE ROVENS,
22  and RAYMOND BREGANTE and
    JEFFREY M. WHITE as Trustees of the
23  Michael W. Rovens and Elise Shanfeld
    Irrevocable Trust, ORLANDO DIAZ-
24  AZCUY DESIGNS, INC., WILLIAM G.
    WALTERS, dba WALTERS ARCHITECTS,
25  and WHITEHOUSE BUILDERS

26              Counter Defendants.

- 1 -

**COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

1    Defendant and Counter Claimant, THEODORE BROWN & PARTNERS INC., a California

2    corporation (hereinafter "Counter Claimant" or "TBP"), by its attorneys, as and for its Counterclaim

3    against Plaintiffs and Counter Defendants, LOUIS ROVENS, ADRIENNE ROVENS, and

4    RAYMOND BREGANTE and JEFFREY M. WHITE as Trustees of the Michael W. Rovens and

5    Elise Shanfeld Irrevocable Trust (hereinafter "Plaintiffs"), and Counter Defendants ORLANDO

6    DIAZ-AZCUY DESIGNS, INC., WILLIAM G. WALTERS, dba WALTERS ARCHITECTS, and

7    WHITEHOUSE BUILDERS alleges as follows:

8

9                        I.    JURISDICTION AND VENUE

10    1.    This is a counterclaim for copyright infringement arising under the federal Copyright

11    Act of 1976, as amended, 17 U.S.C. §§ 101 et. seq.  The underlying claim is Plaintiffs Complaint

12    for Declaratory Relief of Non-infringement of Copyright filed under the Declaratory Judgment Act,

13    28 U.S.C. §§ 2201 and 2202.

14    2.    This court has subject matter jurisdiction pursuant to 28 U.S.C. 1339(a) and (b).

15

16    3.    This Court has personal jurisdiction over the Plaintiffs and Counter Defendants

17    because Plaintiffs LOUIS ROVENS, ADRIENNE ROVENS, RAYMOND BREGANTE and

18    JEFFREY M. WHITE are domiciled California, within this judicial district and Plaintiffs have

19    consented to jurisdiction by filing the underlying action and Counter Defendants ORLANDO

20    DIAZ-AZCUY DESIGNS, INC., WILLIAM G. WALTERS, dba WALTERS ARCHITECTS, and

21    WHITEHOUSE BUILDERS are located in or are doing business within this judicial district.

22

23    4.    Venue is proper in this district under 28 U.S.C. §1391(b) because a substantial part

24    of the events or omissions giving rise to the claims occurred in this district and a substantial part of

25    the property that is the subject of the action is situated in this district.

26

COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT

DEMAND FOR JURY TRIAL

## II.    INTRADISTRICT ASSIGNMENT

5.    This is a copyright case subject to district-wide assignment under Local Rule 3-2(c).

## III.    THE PARTIES

6.    Defendant TBP is a California Corporation with its headquarters and principle place of business located at 1620 Montgomery Street, Suite 320, San Francisco, CA 94111.

7.    Plaintiffs LOUIS ROVENS and ADRIENNE ROVENS are individuals who were at all relevant times residing in San Francisco, California.

8.    Upon information and belief, Plaintiffs RAYMOND BREGANTE and JEFFREY WHITE are trustees of the Michael W. Rovens and Elise D. Shanfeld Irrevocable Trust dated June 5, 2006, an existing California trust.  Plaintiff RAYMOND BREGANTE is a resident of San Francisco, California and Plaintiff JEFFREY WHITE is a resident of Marin County, California.

9.    Upon information and belief Counter Defendant ORLANDO DIAZ-AZCUY DESIGNS, INC., is a California corporation with is headquarters and principle place of business located at 201 Post Street, San Francisco, CA 94108.

10.    Upon information and belief Counter Defendant WILLIAM G. WALTERS ("WALTERS") is an individual doing business as WALTERS ARCHITECTS, with headquarters and a principle place at 1299 18th Street, San Francisco, CA 94107.

11.    Upon information and belief Counter Defendant WHITEHOUSE BUILDERS is a business with its headquarters and principle place of business at 1818 Harmon Street, Suite 3, Berkley, CA 94703.

## IV.    FACTUAL BACKGROUND

12.    TBP is engaged in the business of architectural design, including preparing

- 3 -

architectural plans and designs for the construction and remodeling of residential housing.

13.     On information and belief, in June of 2006 Plaintiffs entered into a contract with Roberto Salazar and Salazar Designs, Inc. for the purpose of remodeling the Plaintiffs' apartment at 765 Market Street, unit 32A, San Francisco, California in the Four Seasons Residences ("the Four Seasons Apartment").

14.     In June of 2006, TBP was retained by Roberto Salazar to draft and prepare architectural drawing and plans for the Four Seasons Apartment.  TBP and Roberto Salazar entered into a contract on June 7, 2006, covering, amongst other duties, the creation of architectural designs and plans for the Four Seasons Apartment remodeling project.

15.     In October 2006, TBP provided the architectural plans ("the TBP plans") for the Four Seasons Apartment project to the Plaintiffs.

16.     On or about August 22, 2007, TBP registered the TBP plans for the Four Seasons Apartment project with the Library of Congress.

17.     In December 2006, the Plaintiffs terminated their contract with Mr. Salazar and TBP was ordered to stop further work on the Four Seasons Apartment project.  Upon information and belief, Plaintiffs thereafter retained Counter Defendant ORLAND DIAZ-AZCUY DESIGNS, INC. ("ODAD") to continue the remodeling of the Four Seasons Apartment.  Upon information and belief, Plaintiffs provided ODAD with the TBP plans.

18.     Upon information and belief, Plaintiffs additionally retained Counter Defendants WALTERS ARCHITECTS and WHITEHOUSE BUILDERS for architectural and construction services in the remodeling of the Four Seasons Apartment.  The remodeling of the Four Seasons Apartment project by Plaintiffs and Counter Defendants continued with the use of the TBP plans,

- 4 -

COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT

DEMAND FOR JURY TRIAL

1  including, but not limited to, use of the TBP plans in the formation of additional construction

2  documents for the Four Seasons Apartment.

3      19.    On August 23, 2007, TBP sent ODAD a cease and desist letter informing them that

4  the TDB plans were protected by copyright and to cease infringement and use of the plans in

5

6  construction of the Four Seasons Apartment.

7      20.    On October 8, 2007, TBP sent a cease and desist letter to WALTERS

8  ARCHITECTS, informing them that the TDB plans were protected by copyright and to cease

9  infringement and use of the plans in construction of the Four Seasons Apartment.

10     21.    On October 8, 2007, TBP sent a cease and desist letter to WHITEHOUSE

11

12 BUILDERS, informing them that the TDB plans were protected by copyright and to cease

13 infringement and use of the plans in construction of the Four Seasons Apartment.

14     22.    On October 26, 2007 Plaintiff filed a complaint requesting declaratory relief.

15 Specifically Plaintiffs request a declaration that Plaintiff and their agents are not liable for copyright

16 infringement in their use of the TBP plans.

17

18

19                    **FIRST CLAIM**
                  **COPYRIGHT INFRINGEMENT**

20

21     23.    Counter-Claimant repeats and hereby incorporates herein by reference, as though

22 specifically pleaded herein, the allegations of paragraphs 1 through 17.

23     24.    The TBP plans were created by TBP specifically for the Four Seasons Apartment

24 project and are the original work of TBP. Original architectural works, such as the TBP plans, are

25 specifically protected under 17 U.S.C. § 102(8).

26

- 5 -

**COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

25.    TBP is the current owner of the entire right, title and interest in the copyright of the TBP plans. No license, transfer or interest therein has been conferred to Plaintiffs or their agents.

26.    Plaintiffs and Counter Defendants knowingly infringed on TBP's copyright by distributing the TBP plans, using the TBP plans following TBP's dismissal from the Four Seasons Apartment project and creating additional plans through the use of the TBP plans. Plaintiffs are continuing to infringe on TBP's copyright by the continuing use of the TBP plans without permission or license from TBP.

27.    By reason of the foregoing acts, Plaintiffs and Counter Defendants are liable to TBP for copyright infringement under 17 U.S.C. § 501.

## SECOND CLAIM
## UNFAIR COMPETITION UNDER LANHAM ACT § 43
## AGAINST PLAINTIFFS and COUNTER DEFENDANT ORLANDO DIAZ-AZCUY
## DESIGNS, INC.

28.    Counter-claimant repeats and hereby incorporates herein by reference, as though specifically pleaded herein, the allegations of paragraphs 1 through 27.

29.    Plaintiff provided WALTERS with TBP's plans and drawings for use in the Four Seasons project. WALTERS placed its name on TBP's plans and drawings and offered them as its own.

30.    Plaintiffs' act of providing TBP's copyrighted works to WALTERS and WALTERS' use of TBP's copyrighted works constitutes Unfair Competition pursuant to 15 U.S.C. § 1125(a). Plaintiffs' and WALTERS' use of the TBP plans is likely to cause confusion, mistake, and deception among consumers. Plaintiffs' and WALTERS' unfair competition has caused and will continue to cause damage to Counter-Claimant, and is causing irreparable harm to Counter-

COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT

DEMAND FOR JURY TRIAL

Claimant for which there is no adequate remedy at law.

WHEREFORE, Counter-Claimant prays:

1.      That, pursuant to 17 U.S.C. § 502, Plaintiffs and their agents, officers, employees, representatives, successors, assigns, attorneys and all other persons acting for, with, by, through or under authority from Plaintiffs, and each of them, be preliminarily and permanently enjoined from using the TBP plans or any derivative thereof;

2.      That, pursuant to 17 U.S.C. § 501, Plaintiffs be held liable for all damages suffered by Counter-Claimant resulting from the acts alleged herein;

3.      That pursuant to 17 U.S.C. § 504(a), the court award Counter-Claimant actual damages suffered as a result of the infringement and any profits of the Plaintiff that are attributable to the infringement, or statutory damages in a sum the court considers just, whichever is greater.

4.      That pursuant to 17 U.S.C. § 504, the court impound all copies of the TBP plans or derivatives thereof retained by Plaintiffs, their agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through or under authority from Plaintiffs

5.      That pursuant to 15 U.S.C.A. § 1117 the Court award Counter-Claimant its full costs and reasonable attorneys' fees;

6.      That the Court grant Counter-Claimant any other remedy to which it may be entitled as provided in 15 U.S.C. § 1125(c).

7.      For a jury trial of all issues triable before a jury; and

8.      For such other and further relief as the Court deems just and proper.

COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT

DEMAND FOR JURY TRIAL

1

2  Dated: December _____, 2007                    TOBIN & TOBIN

3

4                                                 By_____

5                                                    Paul E. Gaspari
                                                     Attorneys for Defendant and Counter-
6                                                    Claimant
                                                     THEODORE BROWN & PARTNERS, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT

DEMAND FOR JURY TRIAL

1

2                                      **JURY DEMAND**

3        Defendant hereby demands a trial by jury of all issues triable before a jury.

4

5    Dated: December /9, 2007                    TOBIN & TOBIN

6

7                                               By

8                                               Paul E. Gaspari
                                                Attorneys for Plaintiff
                                                THEODORE BROWN & PARTNERS, INC.

9

10   *H:\PEG\Theodore Brown\Counterclaim.doc*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                          - 9 -

                    **COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT**

                            **DEMAND FOR JURY TRIAL**

PROOF OF SERVICE

CASE NAME:      Louis Roven, et al. v. Theodore Brown &I Partners, Inc.
COURT:          United States District Court, Northern District of California
CASE NO.:       07-05473-CRB

I, Marilynn J. Cooper, declare:

I am over the age of eighteen years and not a party to the cause. I am employed by the law firm of Tobin & Tobin, 500 Sansome Street, 8th Floor, San Francisco, California 94111-3211.

On December 19, 2007, I served the documents described as: **COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT DEMAND FOR JURY TRIAL** on the parties in this matter by placing a true copy thereof in a sealed envelope(s) addressed as follows:

Folger Levin & Kahn LLP                 Breall & Breall
Michael F. Kelleher, Esq.               Joseph M. Breall, Esq.
Julie L. Fieber, Esq.                   1255 Post Street, Suite 800
Embarcadero Center West                 San Francisco, California 94109
275 Battery Street, 23rd Floor          Tel: (415) 345-0545
San Francisco, California 94111         Fax: (415) 345-0538
Tel: (415) 986-2800                     *Attorneys for Plaintiffs*
Fax: (415) 986-2827
*Attorneys for Plaintiffs*

Service of the above document(s) was effectuated by the following means of

service:

XX      **By First Class Mail** -- I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. It is deposited with the United States Postal Service in the ordinary course of business on the same day it is processed for mailing. I caused such envelope(s) to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

XX      **Federal Court** -- I declare under penalty of perjury that the foregoing is true and correct and that service was made under the direction of a member of the bar of this Court who is admitted to practice and is not a party to the cause.

Executed this December 19, 2007, at San Francisco, California.

Marilynn J. Cooper

H:\MJC\PROOFS OF SERVICE\PROOF OF SERVICE 002-USDC-ROVEN V. THEODORE BROWN.doc