1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOUIS ROVENS ET AL

               Plaintiff,

  v.

THEODORE BROWN AND PARTNERS INC.
              Defendant.
———————————————————/

NO. CV 07-05473 CRB

**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY AND/OR REGISTER AS AN E-FILER**

On **November 19, 2007**, counsel for **defendant and counterclaimant Theodore Brown & Partners, Inc.** filed an **Answer (document no. 9) and Counterclaim (document no. 10)** manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned  paper document has been filed and docketed. However, General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for **defendant and counterclaimant Theodore Brown & Partners, Inc.** should submit the **abovementioned documents**, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there).  Do *not* e-file a document which has been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

1  Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

2  become an ECF User and be assigned a user ID and password for access to the system upon designation

3  of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users

4  must do so immediately.  Forms and instructions for registering can be found on the Court's Web site

5  at ecf.cand.uscourts.gov.

6  Dated: December 20, 2007                                    Maria Loo
                                                               Deputy Clerk

**United States District Court**
For the Northern District of California

2