FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (CSB No. 165493, mkelleher@flk.com)
Julie L. Fieber (CSB No. 202857, jfieber@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

BREALL & BREALL
Joseph M. Breall (CSB No. 124329, jmbreall@breallaw.com)
1255 Post Street, Suite 800
San Francisco, CA 94109
Telephone: (415) 345-0545

Attorneys for Plaintiffs and Counter Claimants
Louis Rovens, Adrienne Rovens, and Raymond Bregante
and Jeffrey M. White as Trustees of the Michael W. Rovens
and Elise Shanfeld irrevocable Trust and Orlando Diaz-Ascuy
Designs, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| LOUIS ROVENS, ADRIENNE ROVENS, and RAYMOND BREGANTE and JEFFREY M. WHITE as Trustees of the Michael W. Rovens and Elise D. Shanfeld Irrevocable Trust, | Case No. 07-05473-CRB |
|---|---|
| Plaintiffs, | **STIPULATION EXTENDING TIME TO RESPOND TO COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT** |
| v. | Local Rule 6-1(a) |
| THEODORE BROWN & PARTNERS, INC. | |
| Defendant. | |
| THEODORE BROWN & PARTNERS, INC., | |
| Counter Claimant, | |
| v. | |
| LOUIS ROVENS, ADRIENNE ROVENS, and RAYMOND BREGANTE and JEFFREY M. WHITE as Trustees of the Michael W. Rovens and Elise Shanfeld | |

| | |
|---|---|
| 1<br>2<br>3<br>4 | irrevocable Trust, ORLANDO DIAZ-ASCUY DESIGNS, INC., WILLIAM G. WALTERS, dba WALTERS ARCHITECTS, and WHITEHOUSE BUILDERS<br><br>Counter Defendants. |

The parties hereby stipulate that all Counter Defendants' time for responding to the complaint shall be extended through and including January 24, 2008.

Dated: January 11, 2008                              FOLGER LEVIN & KAHN LLP


/s/ Kevin P. O'Brien
Kevin P. O'Brien
kobrien@flk.com
Attorneys for Plaintiffs and Counter Claimants Louis Rovens, Adrienne Rovens, and Raymond Bregante and Jeffrey M. White as Trustees of the Michael W. Rovens and Elise Shanfeld irrevocable Trust and Orlando Diaz-Ascuy Designs, Inc.

Dated: January 11, 2008                              TOBIN & TOBIN


/s/ Paul E. Gaspari
Paul E. Gaspari
pgaspari@tobinlaw.com
Attorneys for Defendants and Counter Claimants

72015\2004\583343.1