1  FOLGER LEVIN & KAHN LLP
   Michael F. Kelleher (CSB No. 165493, mkelleher@flk.com)
2  Julie L. Fieber (CSB No. 202857, jfieber@flk.com)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA 94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   BREALL & BREALL
6  Joseph M. Breall (CSB No. 124329, jmbreall@breallaw.com)
   1255 Post Street, Suite 800
7  San Francisco, CA 94109
   Telephone: (415) 345-0545
8
   Attorneys for Plaintiffs and Counter Claimants
9  Louis Rovens, Adrienne Rovens, and Raymond Bregante
   and Jeffrey M. White as Trustees of the Michael W. Rovens
10 and Elise Shanfeld irrevocable Trust and Orlando Diaz-Ascuy
   Designs, Inc.
11
                UNITED STATES DISTRICT COURT
12
                NORTHERN DISTRICT OF CALIFORNIA
13
                      SAN FRANCISCO DIVISION
14

15 | LOUIS ROVENS, ADRIENNE ROVENS,        | Case No. 07-05473-CRB
   | and RAYMOND BREGANTE and              |
16 | JEFFREY M. WHITE as Trustees of the   | **STIPULATION EXTENDING TIME TO
   | Michael W. Rovens and Elise D. Shanfeld | RESPOND TO COUNTERCLAIM FOR
17 | Irrevocable Trust,                    | COPYRIGHT INFRINGEMENT**
   |                                       |
18 |                  Plaintiffs,          | Local Rule 6-1(a)
   |                                       |
19 |         v.                            |
   |                                       |
20 | THEODORE BROWN & PARTNERS,            |
   | INC.                                  |
21 |                                       |
   |                  Defendant.           |
22 |                                       |
   | THEODORE BROWN & PARTNERS,            |
23 | INC.,                                 |
   |                                       |
24 |                  Counter Claimant,    |
   |                                       |
25 |         v.                            |
   |                                       |
26 | LOUIS ROVENS, ADRIENNE ROVENS,        |
   | and RAYMOND BREGANTE and              |
27 | JEFFREY M. WHITE as Trustees of the   |
   | Michael W. Rovens and Elise Shanfeld  |
28

irrevocable Trust, ORLANDO DIAZ-ASCUY DESIGNS, INC., WILLIAM G. WALTERS, dba WALTERS ARCHITECTS, and WHITEHOUSE BUILDERS

          Counter Defendants.

The parties hereby stipulate that all Counter Defendants' time for responding to the complaint shall be extended through and including January 24, 2008.

Dated: January 11, 2008        FOLGER LEVIN & KAHN LLP

/s/ Kevin P. O'Brien
Kevin P. O'Brien
kobrien@flk.com
Attorneys for Plaintiffs and Counter Claimants Louis Rovens, Adrienne Rovens, and Raymond Bregante and Jeffrey M. White as Trustees of the Michael W. Rovens and Elise Shanfeld irrevocable Trust and Orlando Diaz-Ascuy Designs, Inc.

Dated: January 11, 2008        TOBIN & TOBIN

/s/ Paul E. Gaspari
Paul E. Gaspari
pgaspari@tobinlaw.com
Attorneys for Defendants and Counter Claimants

72015\2004\583343.1

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

January 14, 2008

ATTORNEYS AT LAW

-2-

STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM (CASE NO. 07-05473-CRB)