UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LOUIS ROVENS, et al.

          Plaintiff(s),

v.

THEODORE BROWN & PARTNERS, INC.

          Defendant(s).

Case No. 07-05473-CRB

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1-18-08

Dated: 1/15/08

Theodore Brown & Partners, President
[Party]

Paul E. Gaspari
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

PROOF OF SERVICE

CASE NAME:    Louis Roven, et al. v. Theodore Brown &I Partners, Inc.
COURT:        United States District Court, Northern District of California
CASE NO.:     07-05473-CRB

I, Marilynn J. Cooper, declare:

I am over the age of eighteen years and not a party to the cause. I am employed by the law firm of Tobin & Tobin, 500 Sansome Street, 8th Floor, San Francisco, California 94111-3211.

On January 18, 2008, I served the documents described as: **ADR CERTIFICATION BY PARTIES AND COUNSEL** on the parties in this matter by placing a true copy thereof in a sealed envelope(s) addressed as follows:

Folger Levin & Kahn LLP
Michael F. Kelleher, Esq.
Julie L. Fieber, Esq.
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, California 94111
Tel: (415) 986-2800
Fax: (415) 986-2827
*Attorneys for Plaintiffs*

Breall & Breall
Joseph M. Breall, Esq.
1255 Post Street, Suite 800
San Francisco, California 94109
Tel: (415) 345-0545
Fax: (415) 345-0538
*Attorneys for Plaintiffs*

Service of the above document(s) was effectuated by the following means of service:

XX  **By First Class Mail** -- I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. It is deposited with the United States Postal Service in the ordinary course of business on the same day it is processed for mailing. I caused such envelope(s) to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

XX  **Federal Court** -- I declare under penalty of perjury that the foregoing is true and correct and that service was made under the direction of a member of the bar of this Court who is admitted to practice and is not a party to the cause.

Executed this January 18, 2008, at San Francisco, California.

Marilynn J. Cooper

H:\MJC\PROOFS OF SERVICE\PROOF OF SERVICE 003-USDC-ROVEN V. THEODORE BROWN.doc