FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (CSB No. 165493, mkelleher@flk.com)
Julie L. Fieber (CSB No. 202857, jfieber@flk.com)
Kevin P. O'Brien (CSB No. 215148, kobrien@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Plaintiffs and Counter Claimants.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUIS ROVENS, ADRIENNE ROVENS, and RAYMOND BREGANTE and JEFFREY M. WHITE as Trustees of the Michael W. Rovens and Elise D. Shanfeld Irrevocable Trust,<br><br>Plaintiffs,<br><br>v.<br><br>THEODORE BROWN & PARTNERS, INC.<br><br>Defendant. | Case No. 07-05473-CRB<br><br>**ANSWER OF COUNTER CLAIMANT WHITEHOUSE BUILDERS, TO THEODORE BROWN & PARTNERS, INC.'S COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT** |
| THEODORE BROWN & PARTNERS, INC.,<br><br>Counter Claimant,<br><br>v.<br><br>LOUIS ROVENS, ADRIENNE ROVENS, and RAYMOND BREGANTE and JEFFREY M. WHITE as Trustees of the Michael W. Rovens and Elise Shanfeld irrevocable Trust, ORLANDO DIAZ-ASCUY DESIGNS, INC., WILLIAM G. WALTERS, dba WALTERS ARCHITECTS, and WHITEHOUSE BUILDERS | |

Counter Defendants.

Counter Defendant Whitehouse Builders ("Whitehouse Builders"), in responding to Theodore Brown & Partners, Inc.'s ("TBP") Counterclaim for Copyright Infringement ("Counterclaim") admits, denies and alleges as follows:

1. Whitehouse Builders admits the allegations contained in Paragraph 1.

2. Whitehouse Builders denies each and every allegation contained in Paragraph 2, except that Whitehouse Builders admits that TBP has pled facts that if true are sufficient to establish subject matter jurisdiction pursuant to 28 U.S.C. § 1338(a) and (b).

3. Whitehouse Builders is without knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 and therefore denies the same, except that Whitehouse Builders admits that this Court has personal jurisdiction over Whitehouse Builders and that Whitehouse Builders is located in and doing business within this judicial district.

4. Whitehouse Builders admits the allegations contained in Paragraph 4.

5. Whitehouse Builders admits the allegations contained in Paragraph 5.

6. Whitehouse Builders is without knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 and therefore denies the same.

7. Whitehouse Builders is without knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 and therefore denies the same.

8. Whitehouse Builders is without knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 and therefore denies the same.

9. Whitehouse Builders is without knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 and therefore denies the same.

10. Whitehouse Builders is without knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 and therefore denies the same.

11. Whitehouse Builders admits the allegations contained in Paragraph 11.

12. Whitehouse Builders is without knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 and therefore denies the same.

13. Whitehouse Builders is without knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 and therefore denies the same.

14. Whitehouse Builders is without knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 and therefore denies the same.

15. Whitehouse Builders is without knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 and therefore denies the same.

16. Whitehouse Builders is without knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 and therefore denies the same.

17. Whitehouse Builders is without knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 and therefore denies the same.

18. Walters denies each and every allegation contained in Paragraph 18, except that Whitehouse Builders admits that Plaintiffs retained Whitehouse Builders for construction services in the remodeling of the Four Seasons Apartment.

19. Whitehouse Builders is without knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 and therefore denies the same.

20. Whitehouse Builders is without knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 and therefore denies the same.

21. Whitehouse Builders denies each and every allegation contained in Paragraph 21, except Whitehouse Builders admits that TBP sent a cease and desist letter to Whitehouse Builders on or about October 8, 2007.

22. Whitehouse Builders is without knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 and therefore denies the same.

23. Whitehouse Builders hereby incorporates the statements of the foregoing paragraphs 1-22 in response to the allegations contained in Paragraph 23.

24. Whitehouse Builders is without knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 and therefore denies the same.

25. Whitehouse Builders is without knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 and therefore denies the same.

26. Whitehouse Builders denies each and every allegation contained in Paragraph 26.

27. Whitehouse Builders denies each and every allegation contained in Paragraph 27.

28. Whitehouse Builders hereby incorporates the statements of the foregoing paragraphs 1-27 in response to the allegations contained in Paragraph 28.

29. Whitehouse Builders is without knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 and therefore denies the same.

30. Whitehouse Builders denies each and every allegation contained in Paragraph 30.

31. Answering the prayer, Whitehouse Builders denies each and every allegation contained therein and denies that TBP is entitled to any relief sought or any relief whatsoever.

## AFFIRMATIVE DEFENSES

As separate, distinct affirmative defenses to the Counterclaim and its causes of action, Whitehouse Builders alleges as follows:

## FIRST AFFIRMATIVE DEFENSE

1. As a first separate affirmative defense, and not to be construed as an admission, Whitehouse Builders alleges that the Counterclaim fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

2. As a second separate affirmative defense, and not to be construed as an admission, Whitehouse Builders alleges that TBP does not have standing to assert the causes of action alleged in the Counterclaim.

## THIRD AFFIRMATIVE DEFENSE

3. As a third separate affirmative defense, and not to be construed as an admission, Whitehouse Builders alleges that TBP has waived any rights arising from the alleged acts or omissions of Whitehouse Builders.

## FOURTH AFFIRMATIVE DEFENSE

4. As a fourth separate affirmative defense, and not to be construed as an admission, Whitehouse Builders alleges that TBP is estopped to complain of any acts or omissions of Whitehouse Builders.

### FIFTH AFFIRMATIVE DEFENSE

5. As a fifth separate affirmative defense, and not to be construed as an admission, Whitehouse Builders alleges that TBP is barred by laches from pursuing any remedy otherwise afforded to it.

### SIXTH AFFIRMATIVE DEFENSE

6. As a sixth separate affirmative defense, and not to be construed as an admission, Whitehouse Builders allege that TBP is barred by unclean hands from pursuing any remedy otherwise afforded to it.

### SEVENTH AFFIRMATIVE DEFENSE

7. As a seventh separate affirmative defense, and not to be construed as an admission, Whitehouse Builders alleges that all of the acts of Whitehouse Builders, or its agents, alleged in the Counterclaim were justified.

### EIGHTH AFFIRMATIVE DEFENSE

8. As an eighth separate affirmative defense, and not to be construed as an admission, Whitehouse Builders alleges that TBP failed to mitigate damages.

### NINTH AFFIRMATIVE DEFENSE

9. As a ninth separate affirmative defense, and not to be construed as an admission, Whitehouse Builders alleges that TBP does not own the trademarks and copyrights in the underlying works upon which TBP's causes of action are based.

### TENTH AFFIRMATIVE DEFENSE

10. As a tenth separate affirmative defense, and not to be construed as an admission, Whitehouse Builders alleges that TBP's architectural plans as defined in the Counterclaim lack sufficient authorship and/or creativity to support the Copyright Registration asserted by TBP against Whitehouse Builders.

### ELEVENTH AFFIRMATIVE DEFENSE

11. As an eleventh separate affirmative defense, and not to be construed as an admission, Whitehouse Builders alleges that TBP's claims are barred by implied license.

### TWELFTH AFFIRMATIVE DEFENSE

12. As a twelfth separate affirmative defense, and not to be construed as an admission, Whitehouse Builders alleges that TBP's claims are barred by the express agreements of the parties.

### THIRTEENTH AFFIRMATIVE DEFENSE

13. As a thirteenth separate affirmative defense, and not to be construed as an admission, Whitehouse Builders alleges that TBP's claims are barred by transfer of ownership.

### FOURTEENTH AFFIRMATIVE DEFENSE

14. As a fourteenth separate affirmative defense, and not to be construed as an admission, Whitehouse Builders alleges that TBP's claims are barred by consent.

### FIFTEENTH AFFIRMATIVE DEFENSE

15. As a fifteenth affirmative defense, and not to be construed as an admission, Whitehouse Builders alleges that TBP's claims are barred by acquiescence.

### SIXTEENTH AFFIRMATIVE DEFENSE

16. As a sixteenth affirmative defense, and not to be construed as an admission, Whitehouse Builders alleges that TBP's claims are barred by fair use.

### ADDITIONAL AFFIRMATIVE DEFENSES

17. Whitehouse Builders reserves the right to assert additional affirmative defenses as discovery and analysis progress.

### PRAYER

Whitehouse Builders prays for judgment:

1. That TBP take nothing by its Counterclaim in this action.
2. That judgment be entered for Whitehouse Builders in this action.
3. That Whitehouse Builders be awarded its reasonable attorney fees.
4. That Whitehouse Builders be awarded its costs of suit.
5. That Whitehouse Builders be granted any and all other relief to which it may be justly entitled.

| | |
|---|---|
| 1  Dated: January 24, 2008 | FOLGER LEVIN & KAHN LLP |
| 2 | |
| 3 | /s/ Kevin P. O'Brien |
| 4 | Kevin P. O'Brien<br>kobrien@flk.com<br>Attorneys for Plaintiffs and Counter Claimants |

6

72015\2004\584120.1