| | |
|---|---|
| 1 | FOLGER LEVIN & KAHN LLP |
| 2 | Michael F. Kelleher (CSB No. 165493, mkelleher@flk.com)<br>Julie L. Fieber (CSB No. 202857, jfieber@flk.com) |
| 3 | Kevin P. O'Brien (CSB No. 215148, kobrien@flk.com)<br>Embarcadero Center West |
| 4 | 275 Battery Street, 23rd Floor<br>San Francisco, CA 94111 |
| 5 | Telephone: (415) 986-2800<br>Facsimile: (415) 986-2827 |
| 6 | BREALL & BREALL |
| 7 | Joseph M. Breall (CSB No. 124329, jmbreall@breallaw.com)<br>1255 Post Street, Suite 800 |
| 8 | San Francisco, CA 94109<br>Telephone: (415) 345-0545 |
| 9 | Attorneys for Plaintiffs and Counter Claimants. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUIS ROVENS, ADRIENNE ROVENS, and RAYMOND BREGANTE and JEFFREY M. WHITE as Trustees of the Michael W. Rovens and Elise D. Shanfeld Irrevocable Trust,<br><br>Plaintiffs,<br><br>v.<br><br>THEODORE BROWN & PARTNERS, INC.<br><br>Defendant. | Case No. 07-05473-CRB<br><br>**JURY DEMAND** |
| THEODORE BROWN & PARTNERS, INC.,<br><br>Counter Claimant,<br><br>v.<br><br>LOUIS ROVENS, ADRIENNE ROVENS, and RAYMOND BREGANTE and JEFFREY M. WHITE as Trustees of the Michael W. Rovens and Elise Shanfeld irrevocable Trust, ORLANDO DIAZ-ASCUY DESIGNS, INC., WILLIAM G. WALTERS, dba WALTERS | |

| | |
|---|---|
| ARCHITECTS, and WHITEHOUSE BUILDERS | |
| Counter Defendants. | |

Plaintiffs and Counter Defendants Louis Rovens, Adrienne Rovens and Raymond Bregante and Jeffrey M. White as Trustees of the Michael W. Rovens and Elise D. Shanfeld Irrevocable Trust and Counter Defendants Orlando Diaz-Azcuy Design Associates, Whitehouse Builders and William G. Walters dba Walters Architects hereby demand a trial by jury of all issues triable before a jury.

Dated: January 24, 2008               FOLGER LEVIN & KAHN LLP


/s/ Kevin P. O'Brien
Kevin P. O'Brien
kobrien@flk.com
Attorneys for Plaintiffs and Counter Claimants

72015\2004\585240.1