**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **February 1, 2008**

**C-07-05473** CRB

**LOUIS ROVENS** v. **THEODORE BROWN AND PARTNERS INC.**

| Attorneys: | Kevin O'Brien | Paul Gaspari |
|---|---|---|
| | Michael Kelleher | |

Deputy Clerk: **BARBARA ESPINOZA**    Reporter: **Not Reported**

**PROCEEDINGS:**                                                                       **RULING:**

1. Initial Case Management Conference    -    Held

2. 

3. 

**ORDERED AFTER HEARING:**



(  ) ORDER TO BE PREPARED BY:    Plntf _____    Deft _____    Court _____

(  ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO April 11, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____                                  Expert Discovery Cut-Off _____
Plntf to Name Experts by _____                    Deft to Name Experts by _____
P/T Conference Date _____        Trial Date _____        Set for _____ days
                         Type of Trial:  (  )Jury    (  )Court

Notes: Counsel advises the Court mediation to take place by April 11 with Judge Legge.