**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **April 11, 2008**

**C-07-05473CRB**

**LOUIS ROVENS v. THEODORE BROWN AND PARTNERS INC.**

| Attorneys: | Joseph Breall | Paul Gaspari |
|---|---|---|
| | Michael Kelleher | |

Deputy Clerk: **BARBARA ESPINOZA**     Reporter: **Not Reported**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Further Case Management Conference - Held | |
| 2. | |
| 3. | |

**ORDERED AFTER HEARING:**

( ) ORDER TO BE PREPARED BY:    Plntf ____    Deft ____    Court ____

( ) Referred to Magistrate Judge For: ____

( ) CASE CONTINUED TO ____    for ____

Discovery Cut-Off ____    Expert Discovery Cut-Off ____

Plntf to Name Experts by ____    Deft to Name Experts by ____

P/T Conference Date August 12, 2008 @ 2:30 pm    Trial Date August 18, 2008 @ 8:30 am    Set for 7 days
Type of Trial:  (X)Jury     ( )Court

Notes: ____