1  FOLGER LEVIN & KAHN LLP
   Michael F. Kelleher (CSB No. 165493, mkelleher@flk.com)
2  Kevin P. O'Brien (CSB No. 215148, kobien@flk.com)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA  94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   BREALL & BREALL
6  Joseph M. Breall (CSB No. 124329, jmbreall@breallaw.com)
   1255 Post Street, Suite 800
7  San Francisco, CA 94109
   Telephone:  (415) 345-0545
8
   Attorneys for Plaintiffs and Counter Defendants.
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13  LOUIS ROVENS, ADRIENNE ROVENS,          Case No. C 07-05473 CRB
    and RAYMOND BREGANTE and
14  JEFFREY M. WHITE as Trustees of the     **STIPULATED REQUEST FOR ORDER**
    Michael W. Rovens and Elise D. Shanfeld **SHORTENING TIME AND [PROPOSED]**
15  Irrevocable Trust,                      **ORDER PURSUANT TO L.R. 6-2**

16              Plaintiffs,                 **Judge:**      **Hon. Charles R. Breyer**
                                            **Date:**       **N/A**
17       v.                                 **Time:**       **N/A**
                                            **Courtroom:**  **8, 19th Floor**
18  THEODORE BROWN & PARTNERS,
    INC.
19
                Defendant.
20

21  ─────────────────────────────

22  AND RELATED COUNTER CLAIMS

23                          **STIPULATION**

24       THE PARTIES HERETO JOINTLY STIPULATE AS FOLLOWS:

25       Plaintiffs and Counter Defendants Louis Rovens and Adrienne Rovens and Raymond

26  Bregante and Jeffrey M. White as Trustees of the Michael W. Rovens and Elise D. Shanfeld

27  Irrevocable Trust (collectively "Rovens Parties"); Counter Defendants Orlando Diaz-Azcuy

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

1    Designs, Inc., Whitehouse Builders and William Walters, dba, Walters Architects; and Defendant

2    and Counter Claimant Theodore Brown & Partners, Inc. ("TBP"), hereby stipulate and agree

3    pursuant to Local Rule 6-2 as follows:

4        1.    The Rovens Parties intend to file a Motion for Leave to File a Third-Party

5    Complaint ("the Motion").

6        2.    The parties stipulate that the hearing on the Motion be heard on shortened time on

7    June 27, 2008 at 10:30 a.m.

8        3.    The parties further stipulate to the following briefing schedule for the motion:

9            June 6, 2008 – motion due;

10           June 16, 2008 – opposition due;

11           June 19, 2008 – reply due.

12       4.    The parties request that the hearing on the Motion be on shortened time because

13    the trial for this case is schedule to begin on August 18, 2008 and the parties wish to resolve the

14    issue raised by the Motion, which may impact the current trial schedule, as soon as possible and

15    before the first hearing date available for the Motion pursuant to Local Rule 7-2, which is July 11,

16    2008.

17        This Stipulation is electronically filed by counsel for Plaintiffs and Counter Defendants,

18    who hereby attests that, pursuant to General Order 45, Section X(B), TBP's counsel concurs in

19    this filing.

20

21    Dated: June 3, 2008                FOLGER LEVIN & KAHN LLP

22                                            /s/
                                         _____
23                                       Michael F. Kelleher
                                         Attorneys for Plaintiffs and Counter Defendants

24    Dated: June 3, 2008                TOBIN & TOBIN

25

26                                            /s/
                                         _____
                                         Paul E. Gaspari
27                                       Attorneys for Defendant and Counter Claimant

28

**[PROPOSED] ORDER**

It is ordered that the hearing on the Rovens Parties' Motion for Leave to File Third-Party Complaint Against be heard on shortened time on June 27, 2008 at 10:30 a.m. and that the parties follow the following briefing schedule:

        June 6, 2008 – motion due;

        June 16, 2008 – opposition due;

        June 19, 2008 – reply due.

Dated: June _____, 2008

                                          _____

                                          Honorable Charles R. Breyer
                                          United States District Court Judge

81052\2001\604034.1

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-3-