1  FOLGER LEVIN & KAHN LLP
   Michael F. Kelleher (CSB No. 165493, mkelleher@flk.com)
2  Kevin P. O'Brien (CSB No. 215148, kobien@flk.com)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA  94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   BREALL & BREALL
6  Joseph M. Breall (CSB No. 124329, jmbreall@breallaw.com)
   1255 Post Street, Suite 800
7  San Francisco, CA 94109
   Telephone:  (415) 345-0545
8
   Attorneys for Plaintiffs and Counter Defendants.
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12

13  LOUIS ROVENS, ADRIENNE ROVENS,      Case No. C 07-05473 CRB
    and RAYMOND BREGANTE and
14  JEFFREY M. WHITE as Trustees of the    **DECLARATION OF KEVIN P. O'BRIEN
    Michael W. Rovens and Elise D. Shanfeld  IN SUPPORT OF STIPULATED REQUEST
15  Irrevocable Trust,                     FOR ORDER SHORTENING TIME AND
                                          [PROPOSED] ORDER PURSUANT TO
16              Plaintiffs,                L.R. 6-2**

17         v.                             **Judge:      Hon. Charles R. Breyer
                                          Date:        N/A
18  THEODORE BROWN & PARTNERS,            Time:        N/A
    INC.                                  Courtroom:   8, 19th Floor**
19
                Defendant.
20

21
    ─────────────────────────────
22  AND RELATED COUNTER CLAIMS

23

24         I, Kevin P. O'Brien, hereby declare and state as follows:

25         1.     I am an associate in the law firm of Folger Levin & Kahn LLP, a member in good

26  standing of the State Bar of California and counsel for Plaintiffs and Counter Defendants Louis

27  Rovens and Adrienne Rovens and Raymond Bregante and Jeffrey M. White as Trustees of the

28  Michael W. Rovens and Elise D. Shanfeld Irrevocable Trust (collectively "Rovens Parties") and

FOLGER LEVIN &
   KAHN LLP
ATTORNEYS AT LAW

                                                    DECLARATION OF KEVIN P. O'BRIEN;
                                                    CASE NO. C 07-05473 CRB

1    Counter Defendants Orlando Diaz-Azcuy Designs, Inc., Whitehouse Builders and William

2    Walters, dba, Walters Architects in the above-captioned case.

3          2.    I submit this declaration in support of the Stipulated Request For Order Shortening

4    Time And [Proposed] Order Pursuant to L.R. 6-2. I make this declaration of my own personal

5    knowledge and, if called and sworn as a witness, I could and would testify competently to the

6    matters set forth herein.

7          3.    The Rovens Parties intend to file a Motion for Leave to File Third-Party

8    Complaint Against Salazar Designs, LLC (the "Motion"). The parties have stipulated that a

9    hearing on the Motion may be heard on shortened time on June 27, 2008 at 10:30 a.m.

10         4.    The parties request that the hearing on the Motion be on shortened time because

11   the trial for this case is schedule to begin on August 18, 2008 and the parties wish to resolve the

12   issue raised by the Motion, which may impact the current trial schedule, as soon as possible and

13   before the first hearing date available for the Motion pursuant to Local Rule 7-2, which is July 11,

14   2008.

15         5.    There have been two previous time modifications in this case. On November 19,

16   2007, the parties stipulated to extend the time for the Plaintiffs and Counter Defendants to file

17   their answers. On May 6, 2008, the parties agreed to extend the deadlines for exchanging expert

18   disclosures and rebuttal disclosures to June 10, 2008 and July 8, 2008 respectively.

19         6.    The requested time modification for a hearing on the Motion will not have an

20   impact on the schedule for the case, although the Motion that is the subject of the requested time

21   modification requests leave to add a third-party defendant to this case and, thus, may impact the

22   current trial schedule.

23         I declare under penalty of perjury under the laws of the United States of America and the

24   State of California that the foregoing is true and correct. Executed this 3rd day of June, 2008, at

25   San Francisco, California.

26

27                                          /s/
                                            Kevin P. O'Brien

28   81052\2001\604042.1

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW                            -2-              DECLARATION OF KEVIN P. O'BRIEN;
                                                            CASE NO. C 07-05473 CRB