FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (CSB No. 165493, mkelleher@flk.com)
Kevin P. O'Brien (CSB No. 215148, kobien@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

BREALL & BREALL
Joseph M. Breall (CSB No. 124329, jmbreall@breallaw.com)
1255 Post Street, Suite 800
San Francisco, CA 94109
Telephone: (415) 345-0545

Attorneys for Plaintiffs and Counter Defendants.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS ROVENS, ADRIENNE ROVENS, and RAYMOND BREGANTE and JEFFREY M. WHITE as Trustees of the Michael W. Rovens and Elise D. Shanfeld Irrevocable Trust,<br><br>Plaintiffs,<br><br>v.<br><br>THEODORE BROWN & PARTNERS, INC.<br><br>Defendant. | Case No. C 07-05473 CRB<br><br>**STIPULATED REQUEST FOR ORDER SHORTENING TIME AND [PROPOSED] ORDER PURSUANT TO L.R. 6-2**<br><br>Judge:      Hon. Charles R. Breyer<br>Date:        N/A<br>Time:        N/A<br>Courtroom: 8, 19th Floor |
| AND RELATED COUNTER CLAIMS | |

**STIPULATION**

THE PARTIES HERETO JOINTLY STIPULATE AS FOLLOWS:

Plaintiffs and Counter Defendants Louis Rovens and Adrienne Rovens and Raymond Bregante and Jeffrey M. White as Trustees of the Michael W. Rovens and Elise D. Shanfeld Irrevocable Trust (collectively "Rovens Parties"); Counter Defendants Orlando Diaz-Azcuy

1  Designs, Inc., Whitehouse Builders and William Walters, dba, Walters Architects; and Defendant
2  and Counter Claimant Theodore Brown & Partners, Inc. ("TBP"), hereby stipulate and agree
3  pursuant to Local Rule 6-2 as follows:

4  1. The Rovens Parties intend to file a Motion for Leave to File a Third-Party
5  Complaint ("the Motion").

6  2. The parties stipulate that the hearing on the Motion be heard on shortened time on
7  June 27, 2008 at 10:30 a.m.

8  3. The parties further stipulate to the following briefing schedule for the motion:
9    June 6, 2008 – motion due;
10    June 16, 2008 – opposition due;
11    June 19, 2008 – reply due.

12  4. The parties request that the hearing on the Motion be on shortened time because
13  the trial for this case is schedule to begin on August 18, 2008 and the parties wish to resolve the
14  issue raised by the Motion, which may impact the current trial schedule, as soon as possible and
15  before the first hearing date available for the Motion pursuant to Local Rule 7-2, which is July 11,
16  2008.

17  This Stipulation is electronically filed by counsel for Plaintiffs and Counter Defendants,
18  who hereby attests that, pursuant to General Order 45, Section X(B), TBP's counsel concurs in
19  this filing.

Dated: June 3, 2008      FOLGER LEVIN & KAHN LLP

               /s/
            Michael F. Kelleher
            Attorneys for Plaintiffs and Counter Defendants

Dated: June 3, 2008      TOBIN & TOBIN

               /s/
            Paul E. Gaspari
            Attorneys for Defendant and Counter Claimant

**[~~PROPOSED~~] ORDER**

It is ordered that the hearing on the Rovens Parties' Motion for Leave to File Third-Party Complaint Against be heard on shortened time on June 27, 2008 at ~~10:30~~ 10:00 a.m. and that the parties follow the following briefing schedule:

    June 6, 2008 – motion due;

    June 16, 2008 – opposition due;

    June 19, 2008 – reply due.

Dated: June __04__, 2008



_____
Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

81052\2001\604034.1