1  FOLGER LEVIN & KAHN LLP
   Michael F. Kelleher (CSB No. 165493, mkelleher@flk.com)
2  Kevin P. O'Brien (CSB No. 215148, kobien@flk.com)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA 94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   BREALL & BREALL
6  Joseph M. Breall (CSB No. 124329, jmbreall@breallaw.com)
   1255 Post Street, Suite 800
7  San Francisco, CA 94109
   Telephone: (415) 345-0545
8
   Attorneys for Plaintiffs and Counter Defendants.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LOUIS ROVENS, ADRIENNE ROVENS, and RAYMOND BREGANTE and JEFFREY M. WHITE as Trustees of the Michael W. Rovens and Elise D. Shanfeld Irrevocable Trust,<br><br>Plaintiffs,<br><br>v.<br><br>THEODORE BROWN & PARTNERS, INC.<br><br>Defendant. | Case No. C 07-05473 CRB<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE THIRD-PARTY COMPLAINT**<br><br>Judge: Hon. Charles R. Breyer<br>Date: June 27, 2008<br>Time: 10:00 a.m.<br>Courtroom: 8, 19th Floor |
|---|---|
| AND RELATED COUNTER CLAIMS | |

The motion of Plaintiffs and Counter Defendants for leave to make Salazar Designs, LLC a third-party defendant in this action according to the proposed third-party complaint attached to the motion came on for hearing before this Court on June 27, 2008. The motion was duly noticed.

The parties appeared through their attorneys of record. The Court has read the papers

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

ORDER; CASE NO. C 07-05473 CRB

submitted, and has fully considered the authorities cited and the arguments of counsel. Therefore,

IT IS ORDERED that:

1. The motion is GRANTED;

2. Leave is given to the moving parties and third-party plaintiffs to make Salazar Designs, LLC a party to this action as third-party defendant in accordance with the third-party complaint;

3. The Clerk of this Court will issue a summons and deliver it to the moving parties and third-party plaintiff for service on the third-party defendant along with a copy of the third-party complaint as shown in the attachment to the motion ;and

4. The moving parties and third-party plaintiffs must serve or cause to be served the summons and third-party complaint on the third-party defendant in the manner specified in Rule 4 of the Federal Rule of Civil Procedure.

Dated: _____, 2008

_____
Honorable Charles R. Breyer
United States District Court Judge

81052\2001\604743.1