FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (CSB No. 165493, mkelleher@flk.com)
Kevin P. O'Brien (CSB No. 215148, kobrien@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

BREALL & BREALL
Joseph M. Breall (CSB No. 124329, jmbreall@breallaw.com)
1255 Post Street, Suite 800
San Francisco, CA 94109
Telephone: (415) 345-0545

Attorneys for Plaintiffs and Counter Defendants.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS ROVENS, ADRIENNE ROVENS, and RAYMOND BREGANTE and JEFFREY M. WHITE as Trustees of the Michael W. Rovens and Elise D. Shanfeld Irrevocable Trust,<br><br>Plaintiffs,<br><br>v.<br><br>THEODORE BROWN & PARTNERS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTER CLAIMS | Case No. C 07-05473 CRB<br><br>**DECLARATION OF JOSEPH M. BREALL IN SUPPORT OF PLAINTIFFS AND COUNTER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION**<br><br>Judge:       Hon. Charles R. Breyer<br>Date:         July 25, 2008<br>Time:         10:00 a.m.<br>Courtroom: 8, 19th Floor |

I, Joseph M. Breall, hereby declare and state as follows:

1.   I have personal knowledge of the matters stated herein, except for those matters set forth on information and belief, which I believe to be true, and if called to testify, I can and will testify competently as to all matter set forth herein.

2. I am an attorney duly licensed to practice law in all courts in the State of California and am an attorney and co-counsel of record for the Plaintiffs and Cross Defendants in this matter.

3. Attached hereto as Exhibit A is a true and correct copy of the contract between Theodore Brown & Partners, Inc. ("TBP") and Salazar Designs, Inc. dated June 5, 2006.

4. Attached hereto as Exhibit B is a true and correct copy of excerpts of Theodore Brown's Deposition which was taken on February 28, 2008.

5. Attached hereto as Exhibit C is a true and correct copy of excerpts of Albert Costa's deposition taken on December 4, 2007, in *Rovens, et al. v. Salazar Designs, Inc., et al.*, in the Superior Court of the State of California, County of San Francisco, Case No. 458820.

6. Attached hereto as Exhibit D is a true and correct copy of excerpts of Roberto Salazar's deposition which was taken on May 20, 2008

7. Attached hereto as Exhibit E is a true and correct copy of the settlement agreement between the Rovens and TBP in *Rovens, et al. v. Salazar Designs, Inc., et al.*, in the Superior Court of the State of California, County of San Francisco, Case No. 458820.

8. Attached hereto as Exhibit F is a true and correct copy of excerpts of William Walters' deposition taken on May 30, 2008.

9. Attached hereto as Exhibit G is a true and correct copy of TBP's application to the U.S. Copyright Office for the plans at issue in this matter, which TBP produced to the Plaintiffs and Counter Defendants during the course of discovery.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this ___ day of June, 2008, at San Francisco, California.

_____
Joseph M. Breall

81052\2001\605607.1