1 FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (CSB No. 165493, mkelleher@flk.com)
2 Kevin P. O'Brien (CSB No. 215148, kobrien@flk.com)
Embarcadero Center West
3 275 Battery Street, 23rd Floor
San Francisco, CA 94111
4 Telephone: (415) 986-2800
Facsimile: (415) 986-2827
5
BREALL & BREALL
6 Joseph M. Breall (CSB No. 124329, jmbreall@breallaw.com)
1255 Post Street, Suite 800
7 San Francisco, CA 94109
Telephone: (415) 345-0545
8
Attorneys for Plaintiffs and Counter Defendants.
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LOUIS ROVENS, ADRIENNE ROVENS, and RAYMOND BREGANTE and JEFFREY M. WHITE as Trustees of the Michael W. Rovens and Elise D. Shanfeld Irrevocable Trust,<br><br>Plaintiffs,<br><br>v.<br><br>THEODORE BROWN & PARTNERS, INC.<br><br>Defendant. | Case No. C 07-05473 CRB<br><br>**DECLARATION OF NEIL WHITEHOUSE IN SUPPORT OF PLAINTIFFS AND COUNTER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION**<br><br>Judge:      Hon. Charles R. Breyer<br>Date:       July 25, 2008<br>Time:       10:00 a.m.<br>Courtroom:  8, 19th Floor |
|---|---|
| AND RELATED COUNTER CLAIMS | |

I, Neil Whitehouse, hereby declare and state as follows:

1.    I am president of Whitehouse Builders, a general contractor, and the contractor employed by the Rovens to construct their remodel at the Four Seasons Residences in San Francisco, California. My company is also a party to this action. I have personal, firsthand

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

DECLARATION OF NEIL WHITEHOUSE;
CASE NO. C 07-05473 CRB

knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. In approximately April/May of 2007, my company was asked to submit a bid on the construction of the Rovens' remodel project at the Four Seasons Residences. Ultimately, my company received the contract for the remodel construction.

3. As part of the bid package we were given the plans by Orlando Diaz-Azcuy Design Associates to bid for the job. These were the only plans we were ever given. I was unaware of TBP or the fact that TBP was even associated with the Rovens' project until my company had been awarded the construction contract and substantial work was underway

4. Neither I nor anyone in my company was ever aware that TBP had drafted plans for the Rovens and no one at my company ever viewed or copied the TBP plans.

5. My company is presently constructing the remodel of the Rovens' condominium and the project is expected to finish some time in the late summer/early fall of 2008.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this ___ day of June, 2008, at San Francisco, California.

_____
Neil Whitehouse

81052\2001\605242.2

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-2-

DECLARATION OF NEIL WHITEHOUSE;
CASE NO. C 07-05473 CRB