1   FOLGER LEVIN & KAHN LLP
    Michael F. Kelleher (CSB No. 165493, mkelleher@flk.com)
2   Kevin P. O'Brien (CSB No. 215148, kobrien@flk.com)
    Embarcadero Center West
3   275 Battery Street, 23rd Floor
    San Francisco, CA 94111
4   Telephone: (415) 986-2800
    Facsimile: (415) 986-2827
5
    BREALL & BREALL
6   Joseph M. Breall (CSB No. 124329, jmbreall@breallaw.com)
    1255 Post Street, Suite 800
7   San Francisco, CA 94109
    Telephone: (415) 345-0545
8
    Attorneys for Plaintiffs and Counter Defendants.
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11

12

13  LOUIS ROVENS, ADRIENNE ROVENS,          Case No. C 07-05473 CRB
    and RAYMOND BREGANTE and
14  JEFFREY M. WHITE as Trustees of the     **DECLARATION OF PETER G. KUDRAVE
    Michael W. Rovens and Elise D. Shanfeld IN SUPPORT OF PLAINTIFFS AND
15  Irrevocable Trust,                      COUNTER DEFENDANTS' MOTION FOR
                                            SUMMARY JUDGMENT OR IN THE
16              Plaintiffs,                 ALTERNATIVE SUMMARY
                                            ADJUDICATION**
17      v.
                                            Judge:       Hon. Charles R. Breyer
18  THEODORE BROWN & PARTNERS,              Date:        July 25, 2008
    INC.                                    Time:        10:00 a.m.
19                                          Courtroom:   8, 19th Floor
                Defendant.
20

21
    _____
22  AND RELATED COUNTER CLAIMS

23

24      I, Peter G. Kudrave, hereby declare and state as follows:

25      1.      I am a registered architect within State of California and have been licensed to

26  practice architecture in California since 1968.  I have also been licensed to practice in Arizona,

27  Nevada, Utah and Kansas.  I have been a practicing architect for nearly forty years and have

28  extensive education, training and experience in architectural design, space planning, and interior

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

                                                    DECLARATION OF PETER G. KUDRAVE;
                                                            CASE NO. C 07-05473 CRB

1  design including construction.  I have master planned major land development projects and

2  designed hundreds of structures, most which have been built in Southern California.

3      2.    I have been asked by counsel for Louis Rovens, et al., to compare the original, "as

4  built" floor plan for Louis and Adrienne Rovens' (the "Rovens") condominium at the Four

5  Seasons Residence in San Francisco ("Four Seasons Apartment") with the floor plan prepared by

6  Theodore Brown & Partners, Inc. ("TBP").  I make this declaration to explain my observations.

7      3.    Attached hereto as Exhibit A is what I believe and understand to be a true and

8  correct copy of the Floor 32 Enlarged Plan, Yerba Buena Tower, prepared by Gary E. Handel

9  Associates, Revision 7, Issue #58, dated 9-22-00 ("Handel Plan").  It is my understanding that the

10  Handel Plan represents the original, "as built" floor plan for the Four Seasons Apartment.

11      4.    Attached hereto as Exhibit B is what I believe and understand to be a true and

12  correct copy of the Existing Conditions, Rovens Residence, prepared by Theodore Brown &

13  Partners Inc. and Salazar Design Inc., dated June 28, 2006 ("TBP Existing Conditions Plan").

14  Based on my expertise and experience in reading architectural plans, the floor plan shown in the

15  Handel Plan is the same floor plan shown in the TBP Existing Conditions Plan.

16      5.    Attached hereto as Exhibit C is what I believe to be a true and correct copy of the

17  Demolition Plan-Preliminary, Rovens Residence, prepared by Theodore Brown & Partners Inc.

18  and Salazar Design Inc., dated September 8th 2006 ("TBP Demolition Plan").  It is my

19  understanding that the TBP Demolition Plan was prepared by TBP as a preliminary plan by which

20  the demolition of the Four Seasons Apartment that was necessary to implement the floor plan

21  prepared by TBP could be carried out.

22      6.    Attached hereto as Exhibit D is what I believe and understand to be a true and

23  correct copy of the Plan-New, Rovens Residence, prepared by Theodore Brown, Partners Inc.,

24  undated ("TBP New Plan").  It is my understanding that the TBP New Plan is a preliminary

25  version of the floor plan that TBP prepared for the Four Seasons Apartment.

26      7.    Attached hereto as Exhibit E is what I believe and understand to be a true and

27  correct copy of the Construction Plan-Preliminary, Rovens Residence, Prepared by Theodore

28  Brown & Partners Inc. and Salazar Design Inc., dated October 31, 2006 ("TBP Construction

1    Plan"). It is my understanding that the TBP Construction Plan reflects the floor plan that TBP

2    prepared for and delivered to the Rovens for the Four Seasons Apartment.

3            8.      The floor plan contained in the TBP Construction Plan was copied from and

4    incorporates the floor plan contained in the Handel Plan.

5            9.      By comparing the TBP Existing Conditions Plan with the TBP Demolition Plan, it

6    is apparent that the TBP Demolition Plan, which was intended to lay the groundwork for the

7    construction of the TBP Construction Plan, incorporates a substantial portion of the Handel Plan.

8    The TBP Demolition Plan shows that a large portion of the "Existing Walls," represented in the

9    TBP Demolition Plan as black lines, were to be retained and that a large portion of the proposed

10    "New Walls," represented as cross-hatched lines, were to be "rebuilt" either in the exact same

11    place as or in close proximity to the proposed demolished walls, represented as dotted lines.

12           10.     Additionally, by comparing the TBP Existing Conditions Plan with the TBP New

13    Plan and TBP Construction Plan, it is apparent that in preparing the TBP Construction Plan, TBP

14    relied heavily on and copied from the floor plan contained in the Handel Plan. The placement

15    and arrangement of the rooms and other standard features in the TBP New Plan and TBP

16    Construction Plan is substantially similar to the placement and arrangement of the doors, rooms

17    and other standard features included in the Handel Plan. The rooms marked "Living Room,"

18    "Dining Room," "Kitchen," "Office," "Bath," "Laundry," "Service," "Guest Bathroom," "Guest

19    Suite," "His Close," "Hall," and "Bath Room" on the TBP New Plan, for example, correspond

20    almost exactly with rooms of the same general dimensions and with the same general features on

21    the Handel Plans. The areas on the TBP New Plan and TBP Construction Plan that are different

22    from the Handel Plan—the "Master Suite," "Her Closet," "Grand Foyer" and "Gallery"—

23    represent relatively minor modifications to the floor plan contained in the Handel Plan.

24           11.     Moreover, the location of the existing core structural elements, exterior walls,

25    plumbing and vertical utility shafts in the building constrain any floor plan designed for the Four

26    Seasons Apartment to the general floor plan layout contained in the Handel Plans. In other

27    words, any floor plan that was designed for the Four Seasons Apartment would be derivative of

28    and incorporate design elements contained in the Handel Plans.

1    I declare under penalty of perjury under the laws of the United States of America and the

2    State of California that the foregoing is true and correct.  Executed this /2 day of June, 2008, at

3    San Francisco, California.

4

5    _____
     Peter G. Kudrave

6    81052\2001\605479.1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

DECLARATION OF PETER G. KUDRAVE;
                                                                          CASE NO. C 07-05473 CRB

# EXHIBIT A



# EXHIBIT B



# EXHIBIT C



DEMOLITION PLAN-PRELIMINARY
SCALE = 1/4" = 1'-0"

LEGEND:

|  |  |
|---|---|
| ▨▨▨▨ | WALL TO BE DEMOLISHED |
| ▬▬▬▬ | NEW WALL |
| ▬▬▬▬ | EXISTING WALL |

Do Not Scale Drawing

ROVENS
RESIDENCE

FOUR SEASONS
RESIDENCES
785 MARKET ST.,
UNIT 32-A,
SAN FRANCISCO, CA

SALAZAR DESIGN INC.
Interior Architecture
& Design

Theodore Brown & Partners Inc.
Architecture
Planning
Interior Design

Drawn by
Scale AS NOTED        Checked by
Job Number              Date  SEPT. 6TH, 2008
Description

Sheet No.
A1.1

DEMOLITION PLAN

TBP0026
PLAN301_ROV_000042

# EXHIBIT D



TBP00169

# EXHIBIT E

