1  FOLGER LEVIN & KAHN LLP
   Michael F. Kelleher (CSB No. 165493, mkelleher@flk.com)
2  Kevin P. O'Brien (CSB No. 215148, kobrien@flk.com)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA  94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   BREALL & BREALL
6  Joseph M. Breall (CSB No. 124329, jmbreall@breallaw.com)
   1255 Post Street, Suite 800
7  San Francisco, CA 94109
   Telephone:  (415) 345-0545
8
   Attorneys for Plaintiffs and Counter Defendants.
9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11

12

13 | LOUIS ROVENS, ADRIENNE ROVENS, | Case No. C 07-05473 CRB
   | and RAYMOND BREGANTE and        |
14 | JEFFREY M. WHITE as Trustees of the | **[PROPOSED] ORDER GRANTING**
   | Michael W. Rovens and Elise D. Shanfeld | **PLAINTIFFS AND COUNTER**
15 | Irrevocable Trust,              | **CLAIMANTS' MOTION FOR SUMMARY**
   |                                 | **JUDGMENT**
16 | Plaintiffs, |

17 |        v.                       | **Judge:      Hon. Charles R. Breyer**
   |                                 | **Date:       July 25, 2008**
18 | THEODORE BROWN & PARTNERS,      | **Time:       10:00 a.m.**
   | INC.                            | **Courtroom:  8, 19th Floor**
19 |        Defendant. |

20

21

22 | AND RELATED COUNTER CLAIMS |

23     On July 25, 2008, the motion of Plaintiffs and Counter Defendants Louis Rovens and

24  Adrienne Rovens and Raymond Bregante and Jeffrey M. White as Trustees of the Michael W.

25  Rovens and Elise D. Shanfeld Irrevocable Trust and Counter Defendants Orlando Diaz-Azcuy

26  Designs, Inc., Whitehouse Builders and William G. Walters, dba, Walters Architects (collectively

27  "Plaintiffs and Counter Defendants") for summary judgment in this matter was duly heard.  The

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

1  Court has considered the papers submitted in favor of and opposed to the motion, has reviewed

2  the authorities cited by the parties, has reviewed the record in the case submitted and cited by the

3  parties, and has considered the arguments of counsel.  Being so informed, the court is of the

4  opinion that there is no genuine issue of material fact in this matter and that Plaintiffs and Counter

5  Defendants are entitled, as matter of law, to the judgment requested in the motion.  Therefore,

6          IT IS ORDERED that:

7          1.      The Motion for Summary Judgment is GRANTED;

8          2.      The Clerk of this Court will enter judgment that Defendant and Counterclaimant

9  Theodore Brown & Partners, Inc. take nothing by way of its counterclaim, dismissing this action

10  in its entirety, with prejudice, and awarding Plaintiffs and Counter Defendants their costs of suit

11  as taxed by the Clerk;

12          3.      All relief not expressly granted is denied.

13

Dated: _____, 2008

14
                                           _____
15                                         Honorable Charles R. Breyer
                                           United States District Court Judge

16
81052\2001\605577.1
17

18

19

20

21

22

23

24

25

26

27

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW