1    FOLGER LEVIN & KAHN LLP
     Michael F. Kelleher (CSB No. 165493, mkelleher@flk.com)
2    Kevin P. O'Brien (CSB No. 215148, kobrien@flk.com)
     Embarcadero Center West
3    275 Battery Street, 23rd Floor
     San Francisco, CA  94111
4    Telephone: (415) 986-2800
     Facsimile: (415) 986-2827
5
     BREALL & BREALL
6    Joseph M. Breall (CSB No. 124329, jmbreall@breallaw.com)
     1255 Post Street, Suite 800
7    San Francisco, CA 94109
     Telephone:  (415) 345-0545
8    Attorneys for Plaintiffs and Counter Defendants.

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11

12   LOUIS ROVENS, ADRIENNE ROVENS,       Case No. C 07-05473 CRB
     and RAYMOND BREGANTE and
13   JEFFREY M. WHITE as Trustees of the  **NOTICE OF CORRECTION RE HEARING
     Michael W. Rovens and Elise D. Shanfeld  DATE**
14   Irrevocable Trust,
                                          **Judge:         Hon. Charles R. Breyer**
15                Plaintiffs,             **Date:          June 27, 2008**
                                          **Time:          10:00 a.m.**
16          v.                            **Courtroom:     8, 19th Floor**

17   THEODORE BROWN & PARTNERS,
     INC.
18
                  Defendant.
19

20   ─────────────────────────────────

21   AND RELATED COUNTER CLAIMS

22          The Reply in Support of the Motion for Leave to File a Third Party Complaint (Docket

23   No. 48) filed on June 19, 2008 had an incorrect date of hearing for the pending motion.  The

24   correct date for the hearing is June 27, 2008 as indicated above.

25   Dated: June 23, 2008                FOLGER LEVIN & KAHN LLP

26                                       /s/
                                         Michael F. Kelleher
27                                       Attorneys for
                                         Plaintiffs and Counter Defendants
28
     81052\2001\606833.1

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW