**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **June 27, 2008**

**C-07-05473** CRB

**LOUIS ROVENS v. THEODORE BROWN AND PARTNERS INC.**

Attorneys:     Joseph Breall            Paul Gaspari

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Kathy Powell**

**PROCEEDINGS:**                                                                                  **RULING:**

1. P's Motion for Leave to File 3rd Party Complaint                                 Submitted

2. 

3. 

**ORDERED AFTER HEARING:**



(X) ORDER TO BE PREPARED BY:    Plntf _____    Deft _____    Court  X 

(  ) Referred to Magistrate Judge for: 

(  ) CASE CONTINUED TO _____    for 

Discovery Cut-Off _____            Expert Discovery Cut-Off _____
Plntf to Name Experts by _____     Deft to Name Experts by _____
P/T Conference Date _____    Trial Date _____    Set for _____ days
                    Type of Trial:  (  )Jury    (  )Court

Notes: