**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS ROVENS, et al., | No. C 07-05473 CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| THEODORE BROWN AND PARTNERS INC., | |
| Defendant. | |
| and related cross claims | |

    Now before the Court is plaintiffs' motion to file a third-party complaint. After carefully considering the parties' papers, and having had the benefit of oral argument, the Court DENIES the motion in light of the August trial date.

    **IT IS SO ORDERED.**

Dated: June 27, 2008

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\5473\orderre3pc.wpd