TOBIN & TOBIN
PAUL E. GASPARI, ESQ., SBN #76496
GREGORY J. RYKEN, ESQ., SBN #58199
500 Sansome Street, 8th Floor
San Francisco, CA 94111-3211
Telephone: (415) 433-1400
Facsimile: (415) 433-3883
Email: pgaspari@tobinlaw.com

Attorneys for Defendant and Counter Claimant
THEODORE BROWN & PARTNERS, INC.,
a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUIS ROVENS, ADRIENNE ROVENS, and RAYMOND BREGANTE and JEFFREY M. WHITE as Trustees of the Michael W. Rovens and Elise Shanfeld Irrevocable Trust,<br><br>Plaintiffs,<br><br>v.<br><br>THEODORE BROWN & PARTNERS, INC.<br><br>Defendant. | CASE No. 07-05473-CRB<br><br>**DECLARATION OF ALBERT COSTA IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION**<br><br>Judge: Hon. Charles R. Breyer<br>Date: July 25, 2008<br>Time: 10:00 a.m.<br>Courtroom 8, 19th Floor |
| THEODORE BROWN & PARTNERS, INC.,<br><br>Counter Claimant,<br><br>vs.<br><br>LOUIS ROVENS, ADRIENNE ROVENS, and RAYMOND BREGANTE and JEFFREY M. WHITE as Trustees of the Michael W. Rovens and Elise Shanfeld Irrevocable Trust, ORLANDO DIAZ-AZCUY DESIGNS, INC., WILLIAM G. WALTERS, dba WALTERS ARCHITECTS, and WHITEHOUSE BUILDERS<br><br>Counter Defendants. | |

I, Albert Costa, declare as follows:

I have personal knowledge of the facts stated herein and if called to testify in this action, I could and would competently testify thereto.

1. I am an architect, licensed by the States of California and Massachusetts. I have been engaged in the practice of architecture since 1995 and have been employed by the firm of Theodore Brown & Partners in San Francisco since 1990. I have been a partner in the firm since 2004.

2. My firm is the defendant and counter-claimant in this action.

3. I have worked with Roberto Salazar on architectural projects since the early 1990s.

4. I was the partner within Theodore Brown and Partners who was primarily responsible for drafting the architectural plans for the remodel of the Rovens' condominium at the Four Seasons residences in San Francisco.

5. In December 2006, I learned that the Rovens had terminated Mr. Salazar. At that time, Mr. White, representing the Rovens approached me and asked that Theodore Brown and Partners remain as the architects on the project through completion. When Theodore Brown subsequently declined Mr. White's offer, Mr. White said to me "How can we sue you if we don't have a contract with you."

6. I did not discover that our plans for the Four Seasons remodel had been copied until I saw the Orlando Diaz-Azcuy plans for the Rovens' condominium at the shop of a contractor with whom my firm was doing business in August 2007 and thought that the plans looked remarkably like the plans that my firm had prepared.

1  I declare, under penalty of perjury, under the laws of the State of California and of the United States that the foregoing is true and correct and that this Declaration was executed on July 2, 2008, at San Francisco, California.

_____
ALBERT COSTA

*H:\PEG\Theodore Brown\Declaration Albert Costa 07-01-08.doc*