```
1  TOBIN & TOBIN
   PAUL E. GASPARI, ESQ., SBN #76496
2  GREGORY J. RYKEN, ESQ., SBN #58199
   500 Sansome Street, 8th Floor
3  San Francisco, CA  94111-3211
   Telephone:   (415) 433-1400
4  Facsimile:   (415) 433-3883
   Email:  pgaspari@tobinlaw.com
5
   Attorneys for Defendant and Counter Claimant
6  THEODORE BROWN & PARTNERS, INC.,
   a California corporation
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUIS ROVENS, ADRIENNE ROVENS, and RAYMOND BREGANTE and JEFFREY M. WHITE as Trustees of the Michael W. Rovens and Elise Shanfeld Irrevocable Trust,<br><br>        Plaintiffs,<br><br>v.<br><br>THEODORE BROWN & PARTNERS, INC.<br><br>        Defendant. | CASE No. 07-05473-CRB<br><br>**DECLARATION OF RICHARD HANNUM IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION**<br><br>Judge:  Hon. Charles R. Breyer<br>Date:   July 25, 2008<br>Time:   10:00 a.m.<br>Courtroom 8, 19th Floor |
| THEODORE BROWN & PARTNERS, INC.,<br><br>        Counter Claimant,<br><br>vs.<br><br>LOUIS ROVENS, ADRIENNE ROVENS, and RAYMOND BREGANTE and JEFFREY M. WHITE as Trustees of the Michael W. Rovens and Elise Shanfeld Irrevocable Trust, ORLANDO DIAZ-AZCUY DESIGNS, INC., WILLIAM G. WALTERS, dba WALTERS ARCHITECTS, and WHITEHOUSE BUILDERS<br><br>        Counter Defendants. | |

- 1 -

DECLARATON OF RICHARD HANNUM IN SUPPORT OF OPPOSITION TO PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION

I, Richard Hannum, declare as follows:

I have personal knowledge of the facts stated herein and if called to testify in this action, I could and would competently testify thereto.

1.  I am an architect, licensed by the States of California, Nevada and Colorado as well as by the NCARB. I hold a Bachelor of Architecture degree from the University of Virginia in Charlottesville, Virginia. I have been engaged in the practice of architecture since 1978, and I have been a Principal in the firm of Hannum Associates in San Francisco since 1978. My CV is attached as Exhibit 1, and it accurately reflects my background and experience.

2.  I am a member of the American Institute of Architects. My work has included Architecture and Interior Design for residential, commercial, retail and hospitality projects.

3.  I was asked by Tobin & Tobin, attorneys for Theodore Brown and Partners ("TBP"), (1) to review the Plans prepared by Theodore Brown & Partners (the "TBP Plans") for Unit 32-4, which is located in the Four Seasons Hotel, 745 Market Street, San Francisco (the "Rovens Condominium") in order to determine whether the Design Drawings of Orlando Diaz Ascuy, an interior design firm, for the Rovens Condominium ("ODA Plans") are substantially similar to the TBB Plans and (2) to review the plans for the original construction of the Rovens Condominium (the "Original Plans") to determine whether the TBA Plans are substantially similar to the Original Plans.

4.  In response to that request, I developed the opinion which appears in this declaration based upon the materials that were provided to me and based upon my walk-through of the partially completed Rovens Condominium. The materials that were provided to me included: the TBP Plans, the ODA Plans and correspondence that was obtained through discovery in this action, a transcript of

- 2 -

DECLARATON OF RICHARD HANNUM IN SUPPORT OF OPPOSITION TO PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION

the deposition testimony of Gregory Stewart of ODA, a transcript of the deposition testimony of Theodore Brown of TBP, a transcript of the deposition testimony of Jeffrey White who is a party to this lawsuit, the ODA contract for work on the Rovens Condominium, the Whitehouse Builders contract for work on the Rovens Condominium, the Original Plans, design development images, and the TBP project files for the Rovens Condominium project.

5. Exhibit E-1 shows the existing layout of the Rovens Condominium when TBP was retained to create the architecture of a new residence. It is my understanding based upon the documents that I reviewed that the Rovens Condominium had been built by the Four Seasons and was purchased by the Rovens as a completed space. However, the Rovens had the right to alter the unit in whatever manner suited them including complete demolition of nonbearing walls or core systems elements.

6. I first compared the Original Plans with the first TBP design drawing for the Rovens Condominium. I found that the fundamental ordering of the space changed between the Original Plans and the TBP design drawings. TBP introduced a concept of axis and sequencing of space that is not evident in the Original Plans. The program also significantly changed. The flow of space, using the organizing characteristics of the octagon to redirected the path of travel at the entry, created a grand sense of arrival and set up the diagonal access to the second bedroom. In the Original Plans, the secondary hall and mundane use of the entry sequence as a door hall chopped up the space and did not share the visual axis shown in the TBP Plans.

7. As the design developed in the TBP design development drawings, which are attached as Exhibit E-3, the axial flow of space that allows vistas through the Rovens Condominium from side to side at the master bedroom hall remained a constant concept. TBP

added signature columns to the design. Through the course of design development presented to the Rovens, TBP showed other design options that fit its work. These include the barrel vault ceiling in the living room and the circular raised ceiling in the dining room shown in Exhibit E-4. Exhibit E-1 demonstrates that the change in program shown in Exhibit E-9, comparisons between the plans, and the new concepts introduced by TBP completely altered the nature of the Rovens Condominium. Some walls and plumbing risers remained as a convenience.

8.   Exhibits E-7 and E-8 demonstrate that the original design concepts, the three party entry sequence, axial side corridors opening vistas through the residence, allocation of rooms and uses, including the walk-in bar in the ODA Plans were lifted from the TBP Plans; and those architectural features are completely different in concept from the Original Plans.

9.   The design progression study shows that all of the new concepts about the organization of space were developed over a series of design development drawings by TBP. Some concepts from earlier TBP drawings appear in the ODA design as well, like the barrel vault ceilings and the circular light in the dining room. There is only one design development drawing in the ODA files that I have seen. A comparison of that document in Exhibit E-6 shows it to be a trace of the floor plan in the TBP Plans. I learned from reading Mr. Stewart's deposition that he traced the TBP floor plan.

10.   My study shows that the final ODA Plans differ insignificantly from the TBP Plans, and those differences are predominately located at closets and door frames. Dining access from the living room in the ODA Plans is shifted a few feet from the TBP Plans. There is a reallocation of the bathroom/closet space for Mr. Rovens, but that is really a minor swap of the two spaces. Access to, and the area of those spaces, remain the same. There are no new concepts

presented in the ODA Plans that differ substantially from the TBP Plans.

11.   The key design feature in the TBP Plans is the sequencing of specifically shaped spaces from the existing entry door through the signature octagonal grand foyer with oculus, through a vestibule with crossing portals aligning a view-axis connecting the master suite with the family room, past the distinctive stone columns, to the living room. The living room entry on the TBP Plans is flanked by the walk-in bar and the entry to the dining room. These are effectively identical. The visual sequence, alignment and allocation of space are the same on the TBP Plans and the ODA Plans.

12.   Similarly, the alignment and sequencing of spaces to the second bedroom is the same on the TBP Plans and the ODA Plans. TBP changed these from the sequence of space on the Original Plans.

13.   Secondary door locations and special details differ slightly on the TBP Plans and the ODA Plans, but the axis and allocation are in alignment. The comparison drawings indicate the differences, and they are minor.

14.   I learned from reading Mr. Stewart's deposition that the Rovens made time a critical constraint of the ODA contract. I learned from reading Mr. Stewart's deposition that ODA represented that ODA could meet the tight time constraint but that though ODA's "creativity" would be limited. ODA relied on the TBP Plans, compressing their normal design process, to meet the deadlines. Between the February 2007 signing of the ODA contract to proceed, by which time ODA had presented the Rovens with a design traced from the TBP Plans, and the filing of permit drawings in March 2007, signed by Mr. Walters (a third party architect), ODA did not design a new plan. It was contemplated in the ODA contract, and appears to be a basis for the

ODA schedule for the Rovens, that ODA should rely on the TBP Plans as their starting point and be the basis for their work.

15. I learned from reading the deposition of Mr. Gregory Stuart that the Rovens representatives provided the TBP Plans to ODA and that Mr. Stuart acknowledged that he traced the TBP Plans to create the ODA Plans. ODA prepared a permit set of drawings by March 5 and a bid set by March 30, which remained virtually unchanged from the design traced by Mr. Stuart.

16. In summary, it is my opinion that the ODA Plans are substantially the same as the TBP Plans. ODA used the TBP Plans to accelerate the delivery of the project; and the materials specified, purchased and installed in the Rovens Condominium are based on the TBP Plans. Therefore, all of the work prepared by ODA stood on the shoulders of TBP and the design created by that office. The principal materials for the project were acquired per the TBP Plans and these remain effectively unchanged in use and application.

I declare, under penalty of perjury, under the laws of the State of California and of the United States that the foregoing is true and correct and that this Declaration was executed on July 2, 2008, at San Francisco, California.

RICHARD HANNUM

*H:\PEG\Theodore Brown\Declaration Richard Hannum 6-28-08.doc*

**DECLARATON OF RICHARD HANNUM IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION**

<div align="right">
Richard C. Hannum AIA, President<br>
Hannum Associates
</div>

---

*Philosophy & Professional Summary*

Throughout his 34 year career, Richard Hannum has listened, learned and lead his clients to solutions through architecture and design. Seeking information and ideas from a broad background of curiosity, Mr. Hannum has had the privilege, as he puts it, to create the "finger prints of culture" through the practice of architecture. In addition to amassing considerable professional expertise and notoriety, he has used the practice of architecture to create positive change in the community through the education and mentorship of young people. Driving this success is a fervent belief that the design process is a vehicle by which we can imagine potential futures and thus cause constructive transformation to occur.

He founded Hannum Associates in 1978. Mr. Hannum's most recent design innovation is an Industrial Eco-Village which incorporates job-generating light industrial and high-density transit oriented housing. The first of its kind in the nation, this urban development stimulates economic vitality, promotes social equity and was recently selected for inclusion in the new LEED-ND certification pilot program. The Hannum Associates wide-ranging portfolio includes other large-scale mixed use developments, high-density housing, waterfront redevelopment, corporate interiors, estate residential, retail environments, restaurants, hospitality and commercial office buildings. Mr. Hannum also designed the Huxley Series from McGuire Furniture. Underlying his diverse practice is an interest in guiding and engaging clients in the active process of change.

Awards and Professional Positions Held:
- **AIA Interior Design Award**: 1988
- **Design Award**, City of San Rafael 2005
- **AIA Leadership Award** 2006
- **International Interior Design Association** 2007 Leadership in Design Excellence
- **California Preservation Foundation** 2007 Design Award for excellence in Preservation
- **Co-Founder, Director**, Architectural Foundation of San Francisco: A public not-for-profit organization dedicated to education youth about the built environment through project-based learning and sustainability.
- **Founder**, The Build Project under the direction of the Architectural Foundation of San Francisco. Founded in 1993 as an independent educational program for high school students. Working in partnership with the San Francisco Unified School District, the AFSF is dedicated to educating youth through mentorship experiences in the built environment, project based learning and sustainability.
- **Past President of the Board**, Architectural Foundation of San Francisco
- **Past Board Member & Officer**, State and Local American Institute of Architects chapter
- **Member**, National Council of Architectural Registration Boards
- **Member**, American Institute of Architects, San Francisco chapter

*Licenses Held*
California, Nevada, Colorado, and NCARB

*Education*
Bachelor of Architecture, University of Virginia - 1974

<div align="center">EXHIBIT 1</div>

**ROVENS RESIDENCE**

FOUR SEASONS HOTEL
745 MARKET ST.,
UNIT 32-A,
SAN FRANCISCO, CA

Salzar Design Inc
Interior Architecture
& Design
510 19th Street
#H12
San Francisco, CA 94103
Tel 415.572.9300

Theodore Brown & Partners llc
Architecture
Interior Design
Planning
1670 Montgomery Street
Suite 320
San Francisco, CA 94111
Tel 415 981-9101

Drawn by:
Scale: A/10/10
Checked by:
Date: Jul. 28, 2006
Job Number
Description

A-01

E-1

Do Not Scale Drawing

no space for fossil scupture. This area will be closed to make a gallery hanging space for the fossil sculpture by TBP

This space will be retasked from Family to Dining by TBP

long hallway defined by doors

no view thru the unit. This will be opened by TBP to create a secondary axis and view unique to the TBP plan

this bedroom will be retasked as Lou Rovens office by TBP

new walk in bar by TBP

single vestibule

narrow entry

this space, designates as the Library, will be retasked and combined to create Her Dressing Area by TBP

This bath completely redesigned in TBP plan

this bedroom will be eliminated in TBP plan

this hall and access will be eliminated in the new concept by TBP

EXISTING CONDITIONS
SCALE = 1/4" = 1'-0"

4 Seasons Original Plan

Louis Rovens, et al v. Theodore Brown Partners, And related cross-claims. Case No. C 07-05473

PLANS01_Rov_000035



# ROVENS RESIDENCE

FOUR SEASONS HOTEL
745 MARKET ST.,
UNIT 32-A,
SAN FRANCISCO, CA

| No. | Issue | Da. |
|---|---|---|

**Salzar** *Design Inc*
Interior Architecture
& Design
556 15th Street
#413
San Francisco, CA 94103
Tel 415-575-9500

**Theodore Brown & Partner**
Architecture
Interior Design
Planning
1026 Montgomery Street
Suite 320
San Francisco, CA 94111
Tel 415-986-0101

Drawn by:
Scale: 1/4"=1'-0"
Date: JUNE 25, 2004
Checked by:
Job Number
Description   FLOOR PLAN GENERAL

Sheet No.   A-1

*Do Not Scale Drawing*

columns added to design

LIVING ROOM
DINING ROOM
FAMILY ROOM
KITCHEN
GALLERY
HALLWAY
GREAT ROOM
OFFICE
HER MASTER CLOSET
HIS MASTER BATH
HALLWAY TO POWDER ROOM
HIS MASTER CLOSET
HALLWAY TO GUEST ROOM
GUEST BATH
MASTER BED ROOM
GUEST BED ROOM

**PLAN OPTION 1**
SCALE 1/4" = 1'-0"

E-3

# ROVENS RESIDENCE

FOUR SEASONS HOTEL
745 MARKET ST.,
UNIT 32-A,
SAN FRANCISCO, CA

Salzar Design Inc
Interior Architecture
& Design

Theodore Brown & Partners Inc
Architecture
Interior Design
Planning

Barrel Vault ceiling introduced

Circular light cove ceiling introduced

Raised ceiling over bed introduced

REFLECTED CEILING PLAN-PRELIMINARY
SCALE = 1/4" = 1'-0"

Sheet No. A-CP.1

Do Not Scale Drawing

Case 3:07-cv-05473-CRB    Document 54    Filed 07/03/2008    Page 12 of 16










