1    TOBIN & TOBIN
     PAUL E. GASPARI, ESQ., SBN #76496
2    GREGORY J. RYKEN, ESQ., SBN #58199
     500 Sansome Street, 8th Floor
3    San Francisco, CA  94111-3211
     Telephone:    (415) 433-1400
4    Facsimile:    (415) 433-3883
     Email:  pgaspari@tobinlaw.com
5
     Attorneys for Defendant and Counter Claimant
6    THEODORE BROWN & PARTNERS, INC.,
     a California corporation
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10
     SAN FRANCISCO DIVISION              CASE No. 07-05473-CRB
11   LOUIS ROVENS, ADRIENNE ROVENS,
     and RAYMOND BREGANTE and            **DECLARATION OF THEODORE BROWN**
12   JEFFREY M. WHITE as Trustees of the **IN SUPPORT OF OPPOSITION TO**
     Michael W. Rovens and Elise Shanfeld **PLAINTIFFS' MOTION FOR SUMMARY**
13   Irrevocable Trust,                  **JUDGMENT AND/OR SUMMARY**
                                         **ADJUDICATION**
14                Plaintiffs,
                                         Judge:  Hon. Charles R. Breyer
15        v.                             Date:   July 25, 2008
                                         Time:   10:00 a.m.
16   THEODORE BROWN & PARTNERS, INC.     Courtroom 8, 19th Floor

17                Defendant.

18   THEODORE BROWN & PARTNERS,
19   INC.,

20                Counter Claimant,

21        vs.

22   LOUIS ROVENS, ADRIENNE ROVENS,
     and RAYMOND BREGANTE and
23   JEFFREY M. WHITE as Trustees of the
     Michael W. Rovens and Elise Shanfeld
24   Irrevocable Trust, ORLANDO DIAZ-
     AZCUY DESIGNS, INC., WILLIAM G.
25   WALTERS, dba WALTERS ARCHITECTS,
     and WHITEHOUSE BUILDERS
26                Counter Defendants.

                              - 1 -

I, Theodore Brown, declare as follows:

I have personal knowledge of the facts stated herein and if called to testify in this action, I could and would competently testify thereto.

1.     I am an architect, licensed by the States of California, Nevada, Montana and New York. I have been engaged in the practice of architecture and have been a Principal in the firm of Theodore Brown & Partners in San Francisco since 1979.

2.     My firm is the defendant and counter-claimant in this action.

3.     I have worked with Roberto Salazar on architectural projects for a number of years. We have worked on at least 5 prior projects together. On all of these projects, Mr. Salazar and I operated upon the common understanding and agreement that my firm, as the architect, owned the copyright to the plans prepared by my firm and that those plans could not be used on any project without my consent.

4.     In June, 2006, I was asked by Mr. Salazar to provide architectural services for the remodel of the Rovens' condominium at the Four Seasons residences in San Francisco. Mr. Salazar and I entered into a written contract for architectural services, a copy of which is attached hereto as Exhibit A. Although the contract does not refer to my firm's copyright rights in the plans to be drawn, Mr. Salazar and I had an understanding, consistent with the regular course of our business relationship, that my firm owned the copyright in the plans for the Rovens' condominium. It was also our understanding, based upon our past experience, that Mr. Salazar, the Rovens, and the contractors working on the Rovens' condominium project had a non-exclusive license to use the plans that my firm prepared, so long as my firm was working on the project.

5.     My firm prepared the design for the remodel of the Rovens' condominium based

- 2 -

**DECLARATON OF THEODORE BROWN IN SUPPORT OF OPPOSITION TO PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION**

upon the program needs and desires of the Rovens as relayed by Mr. Salazar. All drawings were prepared by my firm.

6.    It was my expectation that my firm would provide architectural services to the Rovens' condominium project through to completion. The contract provided for an hourly rate both for the design phase as well as for the provision of construction services as set forth in the "Additional Services" provisions.

7.    The plans which my firm drew were not submitted to the City of San Francisco for permitting because the Rovens did not agree to hire the sub-consultants whose work was required to finalize the plans, e.g. an electrical engineer and a mechanical engineer.

8.    In December 2006, I learned that the Rovens had terminated Mr. Salazar. At that time, Mr. Jeffrey White, representing the Rovens, approached me and asked that I remain on the project through to completion of the Rovens' condominium. Since my contract was with Mr. Salazar, I told Mr. White that I would need Mr. Salazar's permission before I would consider accepting his offer. Thereafter, I asked Mr. Salazar if he would object if I worked directly with the Rovens. He did object, and I called Mr. White and told him that I would not be able to work on the project. As a consequence, my firm's services were terminated on the project. I did not give Mr. White or the Rovens permission to use my plans. After termination, Mr. Salazar continued to pay our invoices, until he filed for bankruptcy protection.

9.    Prior to this litigation, neither the Rovens nor Mr. White ever suggested that my firm had a contract with the Rovens regarding architectural services for the remodel of their condominium. It was always my understanding that my contract was with Salazar. I expressed that understanding directly to Mr. White when he asked me to continue to work on the Rovens'

- 3 -

1  project. Mr. White did not contradict me or tell me that my firm had a contract with the Rovens.

2      10.    Shortly after my firm's services were discontinued on the project I learned that

3  Orlando Diaz-Azcuy ("ODA") was hired as a designer to succeed Mr. Salazar. I telephoned Mr.

4  Diaz-Azcuy and told him that I did not want him to use my plans. He said that he was not going

5  to use my plans and that he was going to prepare an original design for the Rovens'

6  condominium.

7

8      11.    In August, 2007, Albert Costa, one of the architects in my office, while visiting the

9  office of a contractor with whom he was acquainted, saw the plans that ODA's office had

10  prepared for the Rovens' condominium; and he told me that it appeared to him that the ODA

11  plans were a duplicate of the plans that my firm prepared for the Rovens' condominium. I then

12  wrote to ODA and to Neil Whitehouse of Whitehouse Builders advising them that they were

13  using my designs and were infringing on my copyright. Copies of those letters are attached hereto

14  and marked Exhibits B and C. I also immediately registered my designs with the copyright office,

15  copies of which registrations are attached hereto and marked Exhibits D and E.

16      12.    In response to my letter, Mr. Diaz Azcuy claimed that he had prepared an original

17  design and did not copy my plans. He did not tell me that Mr. Gregory Stewart of his office

18  traced my plans as I later learned when reading Mr. Stewart's deposition.

19      13.    Neither Mr. Diaz Azcuy, Mr. White, nor the Rovens ever told me, prior to this

20  litigation, that any of them believed that the Rovens held a license, implied or otherwise, to use

21  my plans for the Rovens' condominium.

-4-
**DECLARATON OF THEODORE BROWN IN SUPPORT OF OPPOSITION TO PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION**

1    I declare, under penalty of perjury, under the laws of the State of California and of the

2  United States that the foregoing is true and correct and that this Declaration was executed on July

3  **2**, 2008, at San Francisco, California.

4

5

6                                             THEODORE BROWN

7

*H:\PEG\Theodore Brown\Declaration Theodore Brown 7-108.doc*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**DECLARATON OF THEODORE BROWN IN SUPPORT OF OPPOSITION TO PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION**

# EXHIBIT "A"

*Theodore Brown & Partners, Inc.*     *Architecture*

*Interior Design*

*Planning*

*1456 Montgomery Street*
*Suite 420*
*San Francisco, CA 94111*
*Tel 415 986 0101*
*Fax 415 986 3412*

June 5, 2006

**PROPOSAL TO:**     Mr. Roberto Salazar
Salazar Designs, Inc.
550 15th Street #M17
San Francisco, CA 94103

## I.  PROJECT

Architectural interior renovation of the existing residential unit #32A in the Four Seasons
Hotel located at 745 Market Street in San Francisco, California.

## II.  DESIGN OBJECTIVE

The objective of our work on this project is to prepare architectural construction drawings for
the above mentioned residential unit.  Subsequent to client approval, the prepared drawings
will be submitted to general contractors for price quotes.

## III.  SCOPE OF SERVICES

### A.  Site Verification and Existing Condition Drawings

1.  Verify existing conditions.
2.  Prepare drawings of existing conditions for proposed demolition plan.

### B.  Design Development

1   Develop floor plans for client review and approval.
2.  Prepare interior elevations for the approved plan layouts.

### C.  Construction Drawings and Bid Processing

1.  Preparation of final construction drawings.
  a)  Detailed floor plans and elevations.
  b)  Detailed reflected ceiling plans.
  c)  General details and detailed sections, as required for construction.
2.  Distribution of drawings as required for project completion.
3.  Coordination with chosen contractor, as required.

EXHIBIT A

Mr. Roberto Salazar
June 5, 2006
Page 2

## IV.  FEES

Theodore Brown & Partners, Inc. proposes to perform the services outlined in Scope of
Services above on an hourly basis, excluding consultant fees, plus reimbursable expenses.
Hours recorded on this project by our staff will be charged at our standard hourly rates as
follows:

| | |
|---|---|
| Principals | $160.00 |
| Project Director/Associate | $105.00 - $125.00 |
| Project Designer/Manager | $70.00 - $125.00 |
| Project Programmer/Draftsperson | $65.00 - $95.00 |

These rates cover all administration overhead as well as the cost of conventional drafting
materials and supplies.

In the event that your firm authorizes Theodore Brown & Partners, Inc. to work overtime to
expedite the completion of the project or any sub-phase thereof, hourly fees will be invoiced at
one and one-half (1.5) times the regular rate for hours recorded outside normal business hours.
In addition, if Architect is required to serve as witness in any arbitration or legal proceeding
regarding the Project, hourly fees will be invoiced at one and one-half (1.5) times the regular
rate for all hours.

Should it become necessary to refer the interpretation of this agreement for the collection of our
fees hereunder to legal counsel, the non-prevailing party shall pay the prevailing party's legal
costs and reasonable attorney fees.

## V.  ASSUMPTIONS/CONDITIONS

### A.  Fee Exclusions

These fees do not include the analysis of engineering required for structural, mechanical,
electrical, seismic, acoustical design, hazardous materials removal, waterproofing and all
other consultants and/or agency expediter's work not specified in this proposal.  Such
specialized services shall be performed by qualified consultants retained by your firm and
whose work shall be coordinated to our drawings.  Invoices for such consultants will be
reviewed by our firm and forwarded to your office for direct payment to the consultant.

### B.  Additional Services

Additional services beyond the scope of our basic services listed above (if required or
requested) may include, but is not limited to, the following items.  Such work will also be
performed on an hourly basis at our standard rates and billed under another job number as
"extras."

Mr. Roberto Salazar
June 5, 2006
Page 3

1. Submission of permit drawing set to the City (if preparation of permit set is included in Scope of Services above).

2. Revisions required as a result of changes in the established basic design or in previously approved documents.

3. Revisions required by contractor substitutions, value engineering, or other changes beyond the control of Theodore Brown & Partners, Inc. (after initial design is accepted).

4. Revisions resulting from changes in governing codes or regulations after initial design is completed, but before final sign-off for permit application.

5. Preparation of statements of probable construction costs and/or detailed cost estimate take-offs.

6. Changes resulting from discovery of concealed conditions during construction.

7. Meetings (other than basic design conferences and site visits covered above) with regulatory agencies, commissions, neighbors, etc.

8. Design or documentation of seismic requirements or anchorage and bracing details to structure (to be provided by a licensed structural engineer if required).

9. Preparation of as-built or record drawings/specifications after (and/or before) design and construction completion.

10. Additional work not included in the Scope of Services listed above.

## C. Reimbursable Expenses

Authorized expenditures and out-of-pocket expenses made by Theodore Brown & Partners, Inc., for the direct benefit of your project, will be invoiced for reimbursement at actual cost plus ten percent (10%) surcharge to cover administrative handling. Such project expenses may include, but are not limited to:

1. Print charges for reproduction of drawings

2. In-house printing, photocopying and facsimile transmissions

3. Postage and delivery charges

4. Telephone calls made to locations outside the 415 area code

5. Film and film processing.

6. Special material costs incurred for the construction scale models and presentation renderings

7. Travel expenses for transportation to locations outside of San Francisco

8. Special consultant fees, if required and authorized

9. Building authority fees and permits

10. Any other special project related items.

Mr. Roberto Salazar
June 5, 2006
Page 4

### D. Invoice Terms

Invoices will be submitted monthly for the hourly fees and expenses charged to your project. Payment is due thirty (30) days from the date of invoice and the unpaid balance will bear a service charge of one and one-half percent (1.5%) per month after thirty (30) days.

### E. Termination

This agreement may be terminated by the Client with or without cause upon seven (7) days written notice to the Architect. Theodore Brown & Partners, Inc. has the right to terminate this agreement for Client's nonpayment of fees or costs due under this agreement, providing that we shall first give you seven (7) days' written notice of our intent to so terminate. In the event of termination, the Architect shall be compensated for all basic and extra services performed to termination date, together with reimbursable expenses then due.

### F. Conditions

The program outlined and proposed fees for this project are based on our present understanding of the amount of area to be analyzed, the general objectives of your program and the scope of our responsibility. You agree to cooperate in scheduling meetings and making decisions on our submissions without undue delay in order to permit completion of the project within scheduled time.

Should the scope of the program be modified or completion of this project be extended three (3) months past the date of signature, we reserve the right to negotiate and appropriate an adjustment to our proposed maximum fees and our scheduled commitments.

Inasmuch as the analysis of the remodeling and/or rehabilitation of an existing building requires that certain assumptions be made regarding existing conditions, and because some of these assumptions cannot be verified without expending great sums of additional money, or destroying otherwise adequate or serviceable portions of the building, the Client agrees that, except for negligence on the part of the design professional, the Client will hold harmless and indemnify the design professional for and against any and all claims, damages, awards and costs of defenses arising out of the professional services provided under this agreement.

### G. Limitation of Liability

Client agrees to limit Theodore Brown & Partners' liability to the Client and to all construction contractors and subcontractors on the project due to the Architect's

Mr. Roberto Salazar
June 5, 2006
Page 5

professional negligent act, error, or omissions, such that the total aggregate liability of the Architect to all those named shall not exceed 50% of his fee.

**H. Terms of Agreement**

All terms, conditions and fees set forth in this proposal shall remain in effect for six (6) months following the date of this contract, provided that Theodore Brown & Partners, Inc. receives from your firm a fully executed copy of this agreement no later than one (1) month following the date of this contract.

**ACCEPTANCE**

This proposal is hereby accepted as set forth and the fees and conditions are agreed to as stated.

Theodore Brown
President and Architect, License No. C7798
Theodore Brown & Partners, Inc.

6-12-06
Date

Roberto Salazar
Salazar Designs, Inc.

6-7-06
Date

# EXHIBIT "B"

August 23, 2007


Mr. Orlando Diaz
Orlando Diaz-Azcuy Designs, Inc.
201 Post Street #9
San Francisco, CA 94108

Dear Mr. Diaz:

It has come to our attention that you are using our design, as originally rendered by
Theodore Brown & Partners, Inc., for a project in unit 32A of the Four Seasons at 765
Market Street.

Please be advised that these drawings, designs and layouts belong to the original
architect. As you should know, architects, like authors of every kind of creative work,
may register their copyrights with the Library of Congress in Washington, D.C., and
formally protect their work for their lifetime plus 50 years.

The drawings, designs and layouts for the Rovens residence at 765 Market Street, unit
32A, have been registered with the Library of Congress, and any infringement of this
copyright will be prosecuted to the full extent allowed by Federal law. Penalties arising
from this copyright infringement can adversely affect your firm and can undermine any
and all proposed construction associated with the infringement.

We are extremely disappointed in you and your firm and feel this copyright infringement
will reflect poorly on your credibility and overall reputation.


Very truly yours,




Theodore W. Brown
President and Architect


TWB/tb




EXHIBIT B

# EXHIBIT "C"

September 4, 2007


Mr. Neil Whitehouse
Whitehouse Builders
1818 Harmon Street, Suite 3
Berkeley, CA 94703

Re: Four Seasons Residence, Unit 32A
    Rovens Residence

Dear Mr. Whitehouse:

It has come to our attention that you are inadvertently copying, distributing and using
plans of our design, as originally rendered by Theodore Brown & Partners, Inc., for a
project in unit 32A of the Four Seasons at 765 Market Street.

We have informed Orlando Diaz that our drawings, designs and layouts for the Rovens
residence have been registered with the Library of Congress, and any infringement of this
copyright will be prosecuted to the full extent allowed by Federal law.  Penalties arising
from his copyright infringement may adversely affect your firm and can undermine any
and all proposed construction associated with the infringement.

We hereby demand that you immediately cease and desist from using any architectural
plans for the 765 Market Street that are substantially similar to the Theodore Brown &
Partners, Inc. copyright protected plans.

Very truly yours,



Theodore W. Brown
President and Architect

TWB/tb



# EXHIBIT "D"

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA _____ VAU _____

EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼
Rovens Residence    (not yet constructed)

NATURE OF THIS WORK ▼ See instructions
Architectural Work

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ _____ Number ▼ _____ Issue Date ▼ _____ On Pages ▼ _____

---

**2**

NAME OF AUTHOR ▼

**a** Theodore Brown & Partners, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼ _____ Year Died ▼ _____

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in    USA

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☑ Architectural work

Name of Author ▼

**b**

Dates of Birth and Death
Year Born ▼ _____ Year Died ▼ _____

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**3**

**a** Year in Which Creation of This Work Was Completed
2006
Year
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____
Nation _____

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Theodore Brown & Partners, Inc.
1620 Montgomery Street, Suite 320, San Francisco, CA 94111

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages




EXHIBIT D

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Theodore W. Brown
Theodore Brown & Partners, Inc.
1620 Montgomery Street, Suite 320, San Francisco, CA 94111

b

Area code and daytime telephone number    ( 415 ) 986-0101              Fax number    ( 415 ) 986-5412

Email    Theodore@tbrownarchitect.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Theodore Brown & Partners, Inc.
                Name of author or other copyright claimant, or owner of exclusive right(s) ▲
}

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Theodore W. Brown                                    Date  August 22, 2007

Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Theodore Brown & Partners, Inc.

Number/Street/Apt ▼
1620 Montgomery Street, Suite 320

City/State/ZIP ▼
San Francisco, CA 94111

**YOU MUST:**
· Complete all necessary spaces
· Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

\*17 *USC* §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# EXHIBIT "E"

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA                    VAU

EFFECTIVE DATE OF REGISTRATION

_____

Month          Day          Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼

Rovens Residence    (not yet constructed)

NATURE OF THIS WORK ▼ See instructions

Technical Drawings

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

NAME OF AUTHOR ▼

**a** Theodore Brown & Partners, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in   USA

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map              ☒ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

Name of Author ▼

**b**

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed

2006

This information must be given
Year in all cases.

**b** Date and Nation of First Publication of This Particular Work

Complete this information
ONLY if this work
has been published.

Month _____ Day _____ Year _____

Nation _____

---

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Theodore Brown & Partners, Inc.
1620 Montgomery Street, Suite 320, San Francisco, CA 94111

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages



EXHIBIT E

| EXAMINED BY | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account:

Name ▼                                    Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Theodore W. Brown
Theodore Brown & Partners, Inc.
1620 Montgomery Street, Suite 320, San Francisco, CA 94111

b

Area code and daytime telephone number    ( 415 ) 986-0101                    Fax number    ( 415 ) 986-5412

Email    Theodore@tbrownarchitect.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ►

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Theodore Brown & Partners, Inc.
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Theodore W. Brown                                    Date   August 22, 2007

Handwritten signature (X) ▼

X _____

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Theodore Brown & Partners, Inc. |
| --- | --- |
| | Number/Street/Apt ▼<br>1620 Montgomery Street, Suite 320 |
| | City/State/ZIP ▼<br>San Francisco, CA 94111 |

**YOU MUST:**
· Complete all necessary spaces
· Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA—Full   Rev: 07/2006   Print: 07/2006—30,000   Printed on recycled paper                                    U.S. Government Printing Office: 2006-320-958/60 135