1  TOBIN & TOBIN
   PAUL E. GASPARI, ESQ., SBN #76496
2  GREGORY J. RYKEN, ESQ., SBN #58199
   500 Sansome Street, 8th Floor
3  San Francisco, CA  94111-3211
   Telephone:    (415) 433-1400
4  Facsimile:    (415) 433-3883
   Email:  pgaspari@tobinlaw.com
5
   Attorneys for Defendant and Counter Claimant
6  THEODORE BROWN & PARTNERS, INC.,
   a California corporation
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  LOUIS ROVENS, ADRIENNE ROVENS, and RAYMOND BREGANTE and JEFFREY M. WHITE as Trustees of the Michael W. Rovens and Elise Shanfeld Irrevocable Trust,<br><br>Plaintiffs,<br><br>v.<br><br>THEODORE BROWN & PARTNERS, INC.<br><br>Defendant. | CASE No. 07-05473-CRB<br><br>**OBJECTIONS OF DEFENDANT AND COUNTER-CLAIMANT TO DECLARATIONS FILED IN SUPPORT OF PLAINTIFFS AND COUNTER-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION**<br><br>Judge: Hon. Charles R. Breyer<br>Date:  July 25, 2008<br>Time:  10:00 a.m.<br>Courtroom 8, 19th Floor |
| THEODORE BROWN & PARTNERS, INC.,<br><br>Counter Claimant,<br>vs.<br><br>LOUIS ROVENS, ADRIENNE ROVENS, and RAYMOND BREGANTE and JEFFREY M. WHITE as Trustees of the Michael W. Rovens and Elise Shanfeld | |

- 1 -
OBJECTIONS OF DEFENDDANT AND COUNTER-CLAIMANT TO DECLARATIONS
FILED IN SUPPORT OF PLAINTIFFS AND COUNTER-DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION

Irrevocable Trust, ORLANDO DIAZ-AZCUY DESIGNS, INC., WILLIAM G. WALTERS, dba WALTERS ARCHITECTS, and WHITEHOUSE BUILDERS,

    Counter Defendants.

Defendant and Counter-Claimant, THEODORE BROWN & PARTNERS, INC. (hereinafter "Defendant" or "TBP"), hereby submits the following objections to the Declarations of Peter G. Kudrave, Jeffrey M. White, Joseph Breall and exhibits thereto, which were filed in support of Plaintiffs' Motion for Summary Judgment.

## I. OBJECTIONS TO PETER G. KUDRAVE DECLARATION AND EXHIBITS

| PARAGRAPH | OBJECTIONS |
| --- | --- |
| Paragraph 3. "It is my understanding that the Handel Plan represents the original, "as built" floor plan for the Four Seasons Apartment." | **Objection.** Lacks foundation. |
| Paragraph 4. "Based on my expertise and experience in reading architectural plans, the floor plan shown in the Handel Plan is the same floor plan shown in the TBP Existing Conditions Plan." | **Objection.** Lacks foundation. |
| Paragraph 8. "The floor plan contained in the TBP Construction Plan was copied from and incorporates the floor plan contained in the Handel Plan." | **Objection.** Lacks foundation; speculation. |
| Paragraph 10. "… it is apparent that in preparing the TBP Construction Plan, TBP relied heavily on and copied from the floor plan contained in the Handel Plan." | **Objection.** Lacks foundation. |

## I. OBJECTIONS TO JEFFREY M. WHITE DECLARATION AND EXHIBITS

| PARAGRAPH | OBJECTIONS |
| --- | --- |
| Paragraph 5. First sentence. "Based on my conversations with both the Rovens and Salazar | **Objection.** Lacks foundation, hearsay. |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4 | and the express language of the Rovens' agreement with Salazar, it was always my understanding that the Rovens and Salazar intended that as a result of their agreement that the architect was being retained for the benefit of the Rovens." | |
| 5<br>6<br>7<br>8 | Paragraph 5. Second sentence. "Salazar made clear to me that that the architect knew the Rovens were the owners of the property and would be paying the architectural fees and even asked whose name should be on the architects' contract." | **Objection:** Hearsay. |
| 9<br>10<br>11<br>12 | Paragraph 5. Third sentence. "It was clear that in exchange for payment of the architect's hourly fees through Salazar, Salazar would procure from the architect and provide the Roven with any and all documents needed to commence work on the Project." | **Objection:** Opinion that lacks foundation. |
| 13<br>14<br>15 | Paragraph 9. Second sentence. "In each conversation Salazar assured me that we had the ability to change architects and have a new architect use the plans." | **Objection:** Hearsay. |
| 16<br>17<br>18<br>19 | Paragraph 9. Third sentence. "Although Salazar advised against replacing TBP, he told me that we had the ability to do so and that this was why he negotiated an hourly contract with a no cost termination provision." | **Objection:** Hearsay. |
| 20<br>21<br>22 | Paragraph 10. Second sentence. "After putting these drawings out to bid we were advised by general contractors that the drawings were preliminary and incomplete." | **Objection:** Hearsay. |
| 23<br>24<br>25 | Paragraph 15. "In the state court action against TBP, TBP never asserted that it had not been paid in full for its drawings. TBP ultimately settled the state court action by paying the Rovens and waiving any claim that the Rovens | **Objection:** Relevence; Federal Rules of Evidence, Rule 408; the agreement is confidential and disclosure of the terms breaches the agreement. |

26

- 3 -

**OBJECTIONS OF DEFENDANT AND COUNTER-CLAIMANT TO DECLARATIONS
FILED IN SUPPORT OF PLAINTIFFS AND COUNTER-DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION**

| | |
|---|---|
| owed TBP any payment." | |
| Paragraph 18. Second sentence. "A true and correct copy of the original as built Four Seasons plans are attached hereto as Exhibit B." | **Objection:** Lacks foundation. |
| Paragraph 18. Third sentence. "Due to the same constraints of walls, columns, plumbing, wiring and ducts, ODADA's plans largely preserved the pre-model layout of the apartment just as the TBP plans did." | **Objection:** Opinion; lacks foundation. |

### III.  OBJECTIONS TO JOSEPH BREALL DECLARATION AND EXHIBITS

| PARAGRAPH | OBJECTIONS |
|---|---|
| Exhibit E. | **Objection to Exhibit E:** Relevance; Federal Rules of Evidence, Rule 408; submission of this document is a breach of its confidentiality provisions. |

Dated: July 3, 2008

TOBIN & TOBIN

By _____
Paul E. Gaspari
Attorneys for Defendant and
Counter Claimant
THEODORE BROWN & PARTNERS, INC.

*H:\PEG\Theodore Brown\ObjectionsToDeclarationsFileSupportPlaintiffsMotionSummaryJudgment 062408.doc*

- 4 -

OBJECTIONS OF DEFENDANT AND COUNTER-CLAIMANT TO DECLARATIONS
FILED IN SUPPORT OF PLAINTIFFS AND COUNTER-DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION