1  TOBIN & TOBIN
   PAUL E. GASPARI, ESQ., SBN #76496
2  GREGORY J. RYKEN, ESQ., SBN #58199
   500 Sansome Street, 8th Floor
3  San Francisco, CA 94111-3211
   Telephone:  (415) 433-1400
4  Facsimile:  (415) 433-3883
   Email:  pgaspari@tobinlaw.com
5
   Attorneys for Defendant and Counter Claimant
6  THEODORE BROWN & PARTNERS, INC.,
   a California corporation
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| LOUIS ROVENS, ADRIENNE ROVENS, and RAYMOND BREGANTE and JEFFREY M. WHITE as Trustees of the Michael W. Rovens and Elise Shanfeld Irrevocable Trust, | CASE No. 07-05473-CRB |
|---|---|
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| THEODORE BROWN & PARTNERS, INC. | |
| Defendant. | |
| THEODORE BROWN & PARTNERS, INC. | |
| Counter Claimant, | |
| v. | |
| LOUIS ROVENS, ARDRIENNE ROVENS, and RAYMOND BREGANTE and JEFFREY M. WHITE as Trustees of the Michael W. Rovens and Elise Shanfeld Irrevocable Trust, ORLAND DIAZ-AZCUY DESIGNS, INC., WILLIAM G. WALTERS, dba WALTERS ARCHITECTS, and WHITEHOUSE BUILDERS | |
| Counter Defendants. | |

PROOF OF SERVICE

CASE NAME:     Louis Rovens, et al. v. Theodore Brown &I Partners, Inc.
COURT:         United States District Court, Northern District of California
CASE NO.:      07-05473-CRB

I, Marilynn J. Cooper, declare:

I am over the age of eighteen years and not a party to the cause. I am employed by the law firm of Tobin & Tobin, 500 Sansome Street, 8th Floor, San Francisco, California 94111-3211.

On July 3, 2008, I served the documents described as:

**DEFENDANT AND COUNTER-CLAIMANT'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION;**

**DECLARATION OF THEODORE BROWN IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION;**

**DECLARATION OF PAUL E. GASPARI IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION;**

**DECLARATION OF RICHARD HANNUM IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION;**

**DECLARATION OF ALBERT COSTA IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION; AND**

**OBJECTIONS OF DEFENDANT AND COUNTER-CLAIMANT TO DECLARATIONS FILED IN SUPPORT OF PLAINTIFFS AND COUNTER-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION**

on the parties in this matter by placing a true copy thereof in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Folger Levin & Kahn LLP<br>Michael F. Kelleher, Esq.<br>Julie L. Fieber, Esq.<br>Kevin P. O'Brien, Esq.<br>Embarcadero Center West<br>275 Battery Street, 23rd Floor<br>San Francisco, California 94111<br>Tel: (415) 986-2800<br>Fax: (415) 986-2827<br>*Attorneys for Plaintiffs*<br>*and Counter Defendants* | Breall & Breall<br>Joseph M. Breall, Esq.<br>1255 Post Street, Suite 800<br>San Francisco, California 94109<br>Tel: (415) 345-0545<br>Fax: (415) 345-0538<br>*Attorneys for Plaintiffs*<br>*and Counter Defendants* |

| | |
|---|---|
| 1 | Service of the above document was effectuated by the following means of service: |

XX **By First Class Mail** -- I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. It is deposited with the United States Postal Service in the ordinary course of business on the same day it is processed for mailing. I caused such envelope(s) to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

XX **Federal Court** -- I declare under penalty of perjury that the foregoing is true and correct and that service was made under the direction of a member of the bar of this Court who is admitted to practice and is not a party to the cause.

Executed this July 3, 2008, at San Francisco, California.

*[signature]*

Marilynn J. Cooper

*H:\MJC\PROOFS OF SERVICE\PROOF OF SERVICE 015-USDC-ROVENS V. THEODORE BROWN.doc*

3

**PROOF OF SERVICE**