IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOUIS ROVENS,   No. C 07-05473 CRB

     Plaintiff,   **Clerk's Notice**

  v.

THEODORE BROWN AND PARTNERS INC.,

     Defendant.
_____/

YOU ARE NOTIFIED THAT the Court has rescheduled the the motion(s) currently on calendar for July 25, 2008 to **Tuesday, July 22, 2008 at 10:00 a.m.** before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: July 7, 2008   FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Barbara Espinoza
Courtroom Deputy