FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (CSB No. 165493, mkelleher@flk.com)
Kevin P. O'Brien (CSB No. 215148, kobrien@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

BREALL & BREALL
Joseph M. Breall (CSB No. 124329, jmbreall@breallaw.com)
1255 Post Street, Suite 800
San Francisco, CA 94109
Telephone: (415) 345-0545

Attorneys for Plaintiffs and Counter Defendants.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LOUIS ROVENS, ADRIENNE ROVENS, and RAYMOND BREGANTE and JEFFREY M. WHITE as Trustees of the Michael W. Rovens and Elise D. Shanfeld Irrevocable Trust,<br><br>Plaintiffs,<br><br>v.<br><br>THEODORE BROWN & PARTNERS, INC.<br><br>Defendant. | Case No. C 07-05473 CRB<br><br>**NOTICE OF SETTLEMENT**<br><br>**Judge:**     **Hon. Charles R. Breyer** |
|---|---|
| AND RELATED COUNTER CLAIMS | |

TO ALL PARTIES AND TO THEIR ATTTORNEYS OF RECORD:

TAKE NOTICE that the above-referenced action has settled on July 16, 2008, and that a joint request for dismissal will be filed shortly.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: July 16, 2008 | /s/<br>Michael F. Kelleher<br>Attorneys for<br>Plaintiffs and Counter Defendants |

81052\2001\610043.1