1  FOLGER LEVIN & KAHN LLP
   Michael F. Kelleher (CSB No. 165493, mkelleher@flk.com)
2  Kevin P. O'Brien (CSB No. 215148, kobrien@flk.com)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA  94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   BREALL & BREALL
6  Joseph M. Breall (CSB No. 124329, jmbreall@breallaw.com)
   1255 Post Street, Suite 800
7  San Francisco, CA 94109
   Telephone:  (415) 345-0545
8
   Attorneys for Plaintiffs and Counter Defendants.
9
                       UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11

12

13  LOUIS ROVENS, ADRIENNE ROVENS,           Case No. C 07-05473 CRB
    and RAYMOND BREGANTE and
14  JEFFREY M. WHITE as Trustees of the      **STIPULATION OF DISMISSAL**
    Michael W. Rovens and Elise D. Shanfeld
15  Irrevocable Trust,                       **Judge:**       **Hon. Charles R. Breyer**

16            Plaintiffs,

17      v.

18  THEODORE BROWN & PARTNERS,
    INC.
19
              Defendant.
20

21
    AND RELATED COUNTER CLAIMS
22

23      Plaintiffs and Counter Defendants Louis Rovens and Adrienne Rovens and Raymond

24  Bregante and Jeffrey M. White as Trustees of the Michael W. Rovens and Elise D. Shanfeld

25  Irrevocable Trust (collectively "Rovens Parties"); Counter Defendants Orlando Diaz-Azcuy

26  Designs, Inc., Whitehouse Builders and William Walters, dba, Walters Architects; and Defendant

27  and Counter Claimant Theodore Brown & Partners, Inc. ("TBP"), through their respective

28

1  counsel, hereby stipulate and agree that the above-captioned action is dismissed with prejudice
2  pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its
3  own fees and costs.
4      This Stipulation is electronically filed by counsel for Plaintiffs and Counter Defendants,
5  who hereby attests that, pursuant to General Order 45, Section X(B), TBP's counsel concurs in
6  this filing.

7
8  Dated: July 16, 2008                  FOLGER LEVIN & KAHN LLP

9                                                _____/s/_____
10                                               Michael F. Kelleher
                                              Attorneys for Plaintiffs and Counter Defendants

11 Dated: July 16, 2008                  TOBIN & TOBIN
12
13                                               _____/s/_____
                                              Paul E. Gaspari
14                                               Attorneys for Defendant and Counter Claimant

15  81052\2001\610048.1
16
17
18
19
20
21
22
23
24
25
26
27
28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW