FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (CSB No. 165493, mkelleher@flk.com)
Kevin P. O'Brien (CSB No. 215148, kobrien@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

BREALL & BREALL
Joseph M. Breall (CSB No. 124329, jmbreall@breallaw.com)
1255 Post Street, Suite 800
San Francisco, CA 94109
Telephone:  (415) 345-0545

Attorneys for Plaintiffs and Counter Defendants.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS ROVENS, ADRIENNE ROVENS, and RAYMOND BREGANTE and JEFFREY M. WHITE as Trustees of the Michael W. Rovens and Elise D. Shanfeld Irrevocable Trust,<br><br>Plaintiffs,<br><br>v.<br><br>THEODORE BROWN & PARTNERS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTER CLAIMS | Case No. C 07-05473 CRB<br><br>**STIPULATION OF DISMISSAL**<br><br>**Judge:**       **Hon. Charles R. Breyer** |

   Plaintiffs and Counter Defendants Louis Rovens and Adrienne Rovens and Raymond Bregante and Jeffrey M. White as Trustees of the Michael W. Rovens and Elise D. Shanfeld Irrevocable Trust (collectively "Rovens Parties"); Counter Defendants Orlando Diaz-Azcuy Designs, Inc., Whitehouse Builders and William Walters, dba, Walters Architects; and Defendant and Counter Claimant Theodore Brown & Partners, Inc. ("TBP"), through their respective

1  counsel, hereby stipulate and agree that the above-captioned action is dismissed with prejudice
2  pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its
3  own fees and costs.
4      This Stipulation is electronically filed by counsel for Plaintiffs and Counter Defendants,
5  who hereby attests that, pursuant to General Order 45, Section X(B), TBP's counsel concurs in
6  this filing.

7
8  Dated: July 16, 2008                FOLGER LEVIN & KAHN LLP

9                                     _____/s/_____
                                       Michael F. Kelleher
10                                     Attorneys for Plaintiffs and Counter Defendants

11 Dated: July 16, 2008                TOBIN & TOBIN
12
13                                     _____/s/_____
                                       Paul E. Gaspari
14                                     Attorneys for Defendant and Counter Claimant

15 81052\2001\610048.1

**IT IS SO ORDERED**

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA